## Exhibit 1

**Affidavit of Elizabeth H. Raphael, M.D.
and Attachments**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil No.: 4:09-CV-40106-FDS

|  |  |
|---|---|
| CHRISTINE ZEOLLA, Individually and as Administratrix of the Estate of Mario Zeolla, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FORD MOTOR COMPANY, | ) ) |
| Defendant. | ) ) ) |

## AFFIDAVIT OF ELIZABETH H. RAPHAEL, M.D.

I, Elizabeth H. Raphael, M.D. on oath depose and state as follows:

1.      I am a medical doctor and am presently an attending emergency physician at Stanford University Hospital. I also have a SB degree in Mechanical Engineering. I have extensive experience in the fields of biomechanics, occupant kinematics and injury causation analysis in automobile crashes. See my CV attached hereto as Exhibit A.

2.      I have conducted a comprehensive review of the accident in which Mario Zeolla sustained fatal injuries. I have applied recognized and accepted scientific methods of analysis in the fields of physics, mathematics, occupant and vehicle kinematics, medicine and biomechanics to form opinions about how and when Mr. Zeolla was ejected from the Ford Expedition during the subject accident, as well as how and when he sustained his fatal injuries. I have reviewed and analyzed all of the available evidence to do so including the Massachusetts State Police accident reconstruction reports and photographs, deposition testimony of the driver and passengers in the Expedition and the

1

expert reports and depositions of Micky Gilbert, Martha Bidez, Steven Batzer, Jeffrey Croteau and Michael Carhart. I have also inspected the Expedition. I have authored an expert report describing my opinions and their scientific bases. See my Report attached hereto as Exhibit B. I have been deposed and I provided my complete file as a deposition exhibit.

3.      I hold the all of the opinions expressed in my report, my deposition testimony and in this affidavit to a reasonable degree of medical and engineering certainty.

4.      I have reviewed the plaintiff's motion to preclude me from offering certain opinions at the trial of this case, the memorandum in support and all of the associated materials. Essentially, the plaintiff contends that my analysis and opinions relating to eight subject matters is unfounded or invalid. I will address each of these herein.

<u>Raphael Has Not and Cannot Scientifically Explain How Mr. Zeolla Travelled at Least 17 Feet After Striking the Jersey Barrier.</u>

It is not true that I have not explained the scientific basis and analysis in support of my opinion about Mr. Zeolla's trajectory after he was ejected from the passenger side, third row window of the Expedition, impacted the barrier and came to rest approximately 17 feet down the roadway. In my report of March 31, 2011 at page 6 I explained, "After its impact with the barrier, Mr. Zeolla's body then rebounded, tumbled, and slid to its point of rest." What I said in my deposition when asked is that I was not going to create a graphic to "depict precisely" what happened to Mr. Zeolla after he hit the barrier and exactly how his body was positioned during its movement to the final point of rest. However, I did provide scale engineering diagrams showing the Mr. Zeolla's ejection trajectory into the barrier. See diagrams attached as Exhibit C. I also provided a

2

calculation resulting in a range for the speed at which Mr. Zeolla was moving when he was ejected from the vehicle based upon scientific methods published in reliable scientific and peer-reviewed literature. See calculations attached as Exhibit D and the scientific literature citations in the bibliography at the conclusion of this affidavit (Brach 2011, Hovey 2008, Searle 1993, Fricke 1990, Searle 1983). I further explained that the bounce and ricochet of an articulated structure such as a human body is recognized in the scientific fields of biomechanics and accident analysis and is fully consistent with my analysis in this case. Further, it is not true that because Mr. Zeolla's body was moving at a speed of between 41 – 48 MPH relative to the ground, it means that Mr. Zeolla's interaction with the barrier in this accident was the equivalent of being dropped from a six-story building onto concrete as contended by the plaintiff's expert Martha Bidez. Velocity vectors have both magnitude and direction. Properly considered, Mr. Zeolla's ejection speed vector primarily was composed of a downstream component which helped to carry him ahead of the vehicle and to his point of rest approximately 17 feet from the barrier impact. All of this is explained in the calculations and analysis I provided during my deposition and it is based on recognized and accepted scientific principles. See diagrams of occupant kinematics and velocity vector calculations attached as Exhibit E. The calculations and analysis I conducted is based upon accepted scientific principles and methodology in the fields of physics, mathematics and occupant kinematics.

The Medical Evidence Disproves Raphael's Theory that Zeolla Was Ejected on the Vehicle's Initial Impact With the Jersey Barrier and that His Body Struck the Barrier.

It is important to note that the Medical Examiner did not conduct an autopsy of Mr. Zeolla. His report and notes describe an external examination only. Since an internal examination was not conducted, it is not known exactly what injuries Mr. Zeolla

3

sustained to his internal organs and bones, including whether he had any fractures. As I have explained above, Mr. Zeolla's primary velocity vector was angular toward the barrier. The bulk of the velocity was composed of a downstream component. Mr. Zeolla's injuries of subcutaneous emphysema and probable skull fracture as described by the Medical Examiner are consistent with Mr. Zeolla's having impacted the barrier, the ground and then having the Expedition roll over him to some extent.

Furthermore, there is significant scientific literature on falls, see attached bibliography (De Haven 2000, Gupta 1982, Faust 1977), that explain that injuries (or lack thereof) are dependent upon a number of circumstances, not merely the fall distance. There are case reports of persons falling significant distances with few to no injuries. The described external injuries to Mr. Zeolla are consistent with his ejection from the vehicle and glancing interaction with the barrier.

<u>Raphael's Failure to Scientifically Explain How Mr. Zeolla Flew in the Air an Undetermined Distance from the Vehicle to the Jersey Barrier Renders Her Opinion Unreliable and Speculative.</u>

As I explained in my deposition, because Mr. Zeolla was not wearing his seatbelt, he moved across the third row seat and toward the passenger side window during the barrier impact. The calculations and scale drawings produced at my deposition show, without any ambiguity, the distance in feet Mr. Zeolla's body would have travelled from its ejection point and into the barrier. The calculations and analysis are based upon recognized and accepted scientific principles.

<u>Raphael's Opinion that Sorensen Did Not Block Zeolla's Ejection through the Right Side Window is Unreliable, Speculative, and Contradicted by Her Own Deposition Testimony.</u>

There is no validity to the theory, expressed by the plaintiff's expert Martha Bidez, that Mr. Sorensen would have blocked the window completely so as to prevent

4

Mr. Zeolla from being ejected past him and out the passenger side window. The area of the window opening exceeds the cross-sectional area of Mr. Sorensen and Mr. Zeolla added together, meaning that even if both occupants were to be ejected simultaneously, there would still be gaps and space between their bodies and the portal perimeter. Furthermore, it is well known that human bodies are articulated, pliable and highly flexible. When they are subjected to the high forces of crash loading such as those associated with this accident, they tend to take on a flaccid "rag doll" characteristic. The crash forces in this accident exceeded the available muscular forces by several orders of magnitude. Dr. Bidez's opinion that Mr. Sorensen would have blocked Mr. Zeolla's ejection, is like saying Mr. Sorensen is a cork (stopping up the opening) of a wine bottle (the window portal), disallowing any wine (Mr. Zeolla) to exit under severe crash loading. Dr. Bidez's photograph to support her "Sorensen blocks Zeolla" opinion is disingenuous to the viewer. Dr. Bidez's photograph, clearly was taken with a short focal length, causing the so-called "fish eye" effect wherein the subjects in the foreground appear out of proportion. The short focal length causes the occupant to appear disproportionately larger than the portal. This is an optical illusion. In Dr. Bidez's photograph, the short focal length makes the occupant appear disproportionately and unrealistically larger than the portal behind him. In summary, it is clear that the Mr. Sorensen would not have blocked Mr. Zeolla's path for ejection out the passenger side window.

Raphael's Opinion that Zeolla Moved Violently to His Right and Through the Right Side
Window is Contradicted by Her Opinion on the Movement of All Other Occupants of the
Second and Third Row.

The plaintiff's contention is taking events out of sequence and constructing
testimony for me which is inaccurate. The details of the occupant kinematic
reconstruction are embodied in my full report, deposition testimony and exhibits. Briefly,
the centripetal acceleration from the vehicle's yaw rate will cause centrifugal effects,
pulling all occupants backwards away from the vehicle's center of rotation. At the same
time, the occupants will tend to move to the right side of the vehicle as the vehicle slows
down during the yaw, right side leading. However, all occupants will have unique forces
applied to them by virtue of their location in the vehicle, their radii from the vehicle's
center of rotation, and the boundary conditions provided by the vehicle structures
surrounding the occupants. The plaintiff mistakenly claims I will testify that the
occupants will move backwards in response to the vehicle's barrier impact. That is not
true. What I wrote in my report and what I testified to in my deposition is that centrifugal
effects, present before the vehicle's impact with the barrier, tend to move the occupants
toward the rear of the vehicle, not the impact with the barrier. The plaintiff simply does
not understand my opinion and testimony on this subject.

Raphael Fails to Reliably Explain Why Sorensen Was Not Ejected.

Because each occupant occupies a different space in the vehicle, the centripetal
forces on the six occupants of the Zeolla vehicle were all different. Centripetal forces are
described by the rotational velocity of the occupant and his distance from the center of
rotation of the vehicle. I calculated the force on each occupant based on his seating
position using accepted engineering principles and the laws of motion. When Mr.

Zeolla's forces were bringing him out the right side window opening, the forces on Mr. Sorensen were bringing him rightward but also rearward.

The rightward and rearward forces caused Mr. Sorensen to get hung up on the vehicle side structures that Mr. Zeolla did not interact with. There is hair on the roof liner above the third row, right seating position that is consistent with Mr. Sorensen being caught in that area for a time during the crash sequence. The scientific analysis I conducted concerning Mr. Sorensen's occupant kinematics and the physical evidence explains why he was not ejected at approximately the same time that Mr. Zeolla was ejected, but later in the accident sequence.

<u>The Presence of Blood on the Jersey Barrier Does Not Support Raphael's Opinion that Zeolla was Ejected Through the Right Side Window.</u>

In connection with their investigation of the Zeolla crash, the police specifically photographed the blood on the concrete barrier. Furthermore, the blood on the concrete barrier in the police photos is bright-red, fresh blood. The blood could not belong to the deer because he was lying in the roadway, dead, significantly upstream of the blood on the barrier. Neither could the blood belong to Mr. Sorensen because in neither Dr. Bidez's nor my analysis was Mr. Sorensen injured or bleeding at the point where the blood was deposited. However, I analyzed Mr. Zeolla's ejection using accepted scientific calculations. My analysis determined the point of Mr. Zeolla's interaction with the concrete barrier. The blood evidence was in the same position on the barrier as Mr. Zeolla's predicted interaction with that barrier. This blood evidence supports my opinion that Mr. Zeolla was ejected through the passenger side, third row window.

<u>Raphael's Opinion is Inconsistent with the Factual Statement of an Eyewitness to the Accident.</u>

Statements of eyewitness to accidents contained in police reports do not constitute scientific evidence upon which experts conclusively rely in forming their opinions. My opinions are based upon the physical evidence found at the accident scene and my scientific analysis. Also, the statement made by the eyewitness is "The car rolled and I was able to see one passenger thrown from the car landing behind the overturned vehicle." This is somewhat ambiguous and is not necessarily inconsistent with my analysis about how and when Mr. Zeolla was ejected. The statement alone does not render my scientific analysis and conclusions invalid.

**Bibliography:**

RAYMOND M. BRACH & MATTHEW BRACH, VEHICLE ACCIDENT ANALYSIS AND RECONSTRUCTION METHODS (SAE 2d ed. 2011).

LYNN B. FRICKE, NW. UNIV. TRAFFIC INST. (EVANSTON, ILL.), TRAFFIC ACCIDENT RECONSTRUCTION (1st ed. 1990).

Hugh De Haven, *Mechanical Analysis of Survival in Falls from Heights of Fifty to One Hundred and Fifty Feet*, 2 WAR MED. 586, 586-96 (1942), *reprinted in* 6 INJ. PREVENTION 62, 62-68 (2000).

S.M. Gupta, J. Chandra & T.D. Dogra, *Blunt Force Lesions Related to the Height of a Fall*, 3 AM. J. FORENSIC MED. & PATHOLOGY 35, 35-44 (1982).

DAVID R. FAUST, BRUCE M. BOWMAN & RICHARD G. SNYDER, STUDY OF HUMAN IMPACT TOLERANCE USING INVESTIGATIONS AND SIMULATIONS OF FREE-FALLS (SAE Int'l, Technical Paper Series No. 770915, 1977).

CHAD B. HOVEY, MATTHEW L. KAPLAN & ROBERT L. PIZIALI, OCCUPANT TRAJECTORY MODEL USING CASE-SPECIFIC ACCIDENT RECONSTRUCTION DATA FOR VEHICLE POSITION, ROLL, AND YAW (SAE Int'l, Technical Paper Series No. 2008-01-0517, 2008)

JOHN A. SEARLE, THE PHYSICS OF THROW DISTANCE IN ACCIDENT RECONSTRUCTION (SAE Int'l, Technical Paper Series No. 930659, 1993).

JOHN A. SEARLE & ANGELA SEARLE, THE TRAJECTORIES OF PEDESTRIANS, MOTORCYCLES, MOTORCYCLISTS, ETC., FOLLOWING A ROAD ACCIDENT (SAE Int'l, Technical Paper Series No. 831622, 1983).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4TH DAY OF

DECEMBER 2012

Elizabeth H. Raphael, M.D.

## **Exhibit A**

## **Dr. Raphael's CV**



# Elizabeth H. Raphael, M.D.
*Principal Engineer*

### Delta V Biomechanics
930 Commercial Street, Palo Alto, CA 94303
tel: 650.320.8800
fax: 877.819.1969
email: raphael@deltavbio.com

## Specialized Professional Competence

Emergency medicine, biomechanics, vehicular injury analysis, accident reconstruction, restraint system analysis, automotive crash worthiness, occupant kinematics, and computer analysis of human motion.

## Education

M.D.   Wayne State University School of Medicine, Detroit, MI
S.B.   Mechanical Engineering, Massachusetts Institute of Technology, Cambridge, MA

## Experience

*Principal Engineer*, Delta V Biomechanics
*Managing Engineer*, Piziali and Associates, Inc.
*Clinical Assistant Professor*, Department of Surgery, Stanford University School of Medicine
*Attending Emergency Physician*, Stanford University Hospital
*Attending Emergency Physician*, Detroit Medical Center
*Assistant Professor (Clinician Educator)*, Wayne State University School of Medicine
*Locum Tenens Emergency Physician*, Munson Medical Center
*Resident Physician*, Emergency Medicine, Wayne State University
*Research Engineer*, Department of Neurosurgery, Henry Ford Hospital
*Researcher*, Department of Orthopedic Surgery, Massachusetts General Hospital
*Engineering Externship*, Quality Assurance Department, Martin Marietta Aerospace

## Board Certifications

1997   Licensed Physician in California
1995   Fellow of the American College of Emergency Physicians
1994   Certified Instructor of Advanced Cardiac Life Support
1993   Board Certification in Emergency Medicine, recertified 2003
1992   Licensed Physician in Florida
1990   National Boards passed
1989   Licensed Physician in Michigan
1989   Certified Provider of Advanced Cardiac Life Support
1989   Certified Provider of Advanced Trauma Life Support

## Awards

2000   Society of Academic Emergency Medicine, Regional CPC Award
1987   American Heart Association, for research of aneurysm clips
1987   Henry Ford Hospital, scholarship for neurosurgery research
1984   Wunsch Foundation Silent Hoist and Crane Company Award, for an outstanding academic design project to dispose of biochemical waste
1984   The Estus H. Magoon Scholarship, for outstanding woman student at Massachusetts Institute of Technology

## Committee Appointments

Association for the Advancement of Automotive Medicine Scientific Program Committee
Association for the Advancement of Automotive Medicine Board of Directors
Detroit Receiving Hospital Emergency Department Domestic Violence Reduction Committee
Wayne County Medical Society Task Force on Violence
Michigan Partnership for the Prevention of Gun Violence
Detroit Receiving Hospital Injury Prevention Committee
Crittenton Hospital Emergency Department Review Committee

## Professional Memberships

Association for the Advancement of Automotive Medicine (AAAM)
Society of Automotive Engineers (SAE)
American College of Emergency Medicine (ACEP)
Society of Academic Emergency Medicine (SAEM)

## Selected Publications and Presentations

Invited Lecture, "Biomechanics, Fracture Mechanics and Mechanism of Injury," Stanford University Emergency Medicine Trauma Series, Stanford, CA, March 9, 2011.

Lecture, "Drowning, Near-Drowning and Submersion Injury," Emergency Residents Conference, Stanford University, Stanford, CA November 7, 2010.

Invited Lecture, "Automotive Trauma," Emergency Nurses Association Meeting, Palo Alto, CA, September 16, 2010.

Director, Biomechanics Course, Association for the Advancement of Automotive Medicine, 52nd Annual Conference, San Diego, CA October 4-5, 2008.

Piziali, R. L.; Fox, J. C.; Girvan, D. S.; Raphael, E. H., and Ridenour, J., "A Review and Analysis of the Performance of Laminated Side Glazing in Rollover Accidents," *Society of Automotive Engineers International Congress and Exposition Paper No. 2007-01-1166*, Detroit, MI, April 16-19, 2007.

Raphael, E.; Piziali, R.; Le, H.; Hinger, J.; Cooper, E., and Croteau, J., "Physical Evidence Associated With Seatbelt Entanglement During A Collision," *Society of Automotive Engineers International Congress and Exposition, Paper No. 2007-01-1501*, Detroit, MI, April 16-19, 2007.

Invited Lecture, "Rollover Motor Vehicle Crash Injury Patterns", Emergency Medicine Conference Series, Wayne State University, Detroit MI, April 19, 2007.

Invited Lecture, "Rollover Motor Vehicle Crashes," Emergencies in Medicine, 24th Edition, sponsored by the Michigan Chapter of the American College of Emergency Physicians, Park City, UT, March 3, 2006.

Symposium, Traffic Collision Types and Associated Injuries, 49th Annual Conference, Association for the Advancement of Automotive Medicine, Cambridge, MA, September 11, 2005.

Invited Lecture, "Motor Vehicle Crash Injury Patterns," Emergencies in Medicine 23rd Edition, sponsored by the Michigan Chapter of the American College of Emergency Physicians, Park City, UT, March 8, 2005.

Invited Lecture, "Crash Scene Investigations: The Real CSI," 52nd Annual Detroit Trauma Symposium, sponsored by Wayne State University School of Medicine, Dearborn, MI, November 11, 2004.

Invited Lecture, "Crash Scene Investigations: The Real CSI," Emergency Medicine Conference Series, Wayne State University, Detroit, MI, November 11, 2004.

Invited Lecture, "Motor Vehicle Crash Injury Patterns," 22nd Annual Emergencies in Medicine Conference, sponsored by Wayne State University, Park City, Utah, March 5, 2004.

Stanford Winter Semester Lecture, "Biomechanics: Understanding the Human Machine (ME 01)," Stanford University, Stanford CA, Jan. 7 - March 11, 2002.

UC Berkeley Extension Course, "Biomechanics for Scientists and Engineers," University of California at Berkeley (San Francisco Center), CA, November 2001.

2

Invited Presentation, "Occupant Kinematics and Injury Biomechanics in Rollover Accidents, American Society of Mechanical Engineers, San Francisco Section Meeting, October 2001.

Lecture, "Mechanism of Injury", San Mateo County Field Care Audit, Stanford University, Stanford, CA, February 21, 2001.

Lecture, "Mechanism of Injury - Did you Get T-boned to the Hip Bone?", Thirteenth Annual Trauma Symposium, Stanford Hospital and Clinics, Stanford, CA, July 24-25[th], 2000.

Stanford Summer Semester Course: Biomechanics: Understanding The Human Machine (ME 01), Stanford, CA, June 19 - July 24, 2000.

Lecture, Mechanism of Injury: The Key to Trauma Care, Stanford Emergency Medicine Symposium, Kauai, HI, March 31, 2000.

Orthopedic Workshop: Splinting and Casting, Joint Reductions, Injections and Aspirations, Stanford Emergency Medicine Symposium, Kauai, HI, March 31, 2000.

Lecture, Orthopedic Emergencies, Stanford Medical Student Lecture Series, Stanford, CA, November 3, 1999.

"Anesthetic Methods for Reduction of Acute Shoulder Dislocations: A Prospective Randomized Study Comparing Intraarticular Lidocaine With Intravenous Analgesia and Sedation," *American Journal of Emergency Medicine,* Vol. 17, Number 6, pp. 560-570, October 1999.

Lecture, Abdominal Pain in the Emergency Department, Stanford Emergency Medicine Resident Orientation, Stanford, CA, July 13, 1999.

Grand Rounds Presenter, Motor Vehicle Crashes During Pregnancy, Stanford OB/GYN Department, Stanford, CA, May 5, 1999.

Lecture, Pedestrian Motor Vehicle Collisions, Stanford Emergency Medicine Conference Series, Stanford, CA, January 27, 1999.

Lecture, Biomechanics of Knee Injuries, Stanford Emergency Medicine Conference Series, Santa Clara, CA, September 16, 1998.

Grand Rounds Presenter, Biomechanics of Car Crashes, Stanford Emergency Medicine Conference Series, Stanford, CA, September 9, 1998.

Lecture, Abdominal Pain in the Emergency Department, Emergency Medicine Resident Orientation, Stanford, CA, July 9, 1998.

Lecture, Biomechanics of Car Crashes, Stanford Trauma Symposium Stanford, CA, October 29, 1997.

Lecture, Dive Medicine, Emergency Medicine Conference Series, Wayne State University, Detroit, MI, August 29, 1996.

Presenter, Intra-articular Lidocaine versus Intravenous Analgesia and Sedation for the Reduction of Acute Anterior Shoulder Dislocations, Michigan Emergency Assembly, Traverse City, MI, July 23, 1996.

Discussant, Case Presentation Competition, Society for Academic Emergency Medicine, Denver, CO, May 4, 1996.

Lecture, Biomechanics, Emergency Medicine Conference Series, Grace Hospital, Detroit, MI, April 25, 1996.

Testified, Michigan State House of Representatives, Transportation Committee, Lansing, MI, February 1, 1996.

Testified, Michigan State House of Representatives, Committee of Downriver Representatives, Ecorse, MI, January 29, 1996.

Lecture, Biomechanics, Emergency Medicine Conference Series, Wayne State University, Detroit, MI, November 30, 1995.

Faculty, Medicine for Engineering, seminar linking medicine and engineering, 39th annual conference, Assoc. for the Advancement of Automotive Medicine, Chicago, IL, October 15, 1995.

Testified, Michigan State House of Representatives, Republican Task Force for Traffic Safety, Warren, MI, May 28, 1995.

Discussant, Case Presentation Competition, Society of Academic Emergency Medicine, San Antonio, TX, May 1995.

Lecture, Focus on Neurology, Nursing Trauma Conference, Crittenton Hospital, Rochester, MI, January 27, 1995.

In Vitro Measurement of Micromotion Between an Artificial Hip Joint and the Host Bone, Bachelor's Thesis, MIT, 1985.

Residual Stresses and the Effects of Preferred Grain Orientation on Aluminum 2219 and its Stress Acoustic Constant, Presented at the American Institute of Aeronautical and Astronautical Engineers Symposium, 1984.

# **Exhibit B**

## **Dr. Raphael's Report**

# Delta V Biomechanics

930 Commercial Street                                   Telephone: (650) 320.8800
Palo Alto, CA  94303                                              FAX: (877) 819.1969

March 31, 2011

Dave Rogers
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Center, Third Floor
Boston, MA 02129

**RE:   Zeolla v Ford**

Dear Mr. Rogers:

This letter briefly summarizes results of the investigation carried out to date in the above-referenced litigation. The following sections provide descriptions of the accident, review the injuries to the plaintiff, and present the analysis of the accident. My opinions are stated to a reasonable degree of engineering and medical certainty. My education, experience and training relative to the opinions set forth in this report are outlined in my curriculum vitae, which is attached to this report. My testimony list and rate sheet are also attached.

## Materials Received and Reviewed

The list contained in Appendix A describes materials that were received from your office and subsequently reviewed.  It does not include technical literature reviewed in conjunction with this matter.

## Accident Description

The following accident description is a synopsis based on the accident report, which recorded a one-vehicle rollover around 9:10 a.m. on Saturday, June 2, 2007. The vehicle, a 2004 Ford Expedition (North Carolina license plate number: TND4817), was reported on Route 90 westbound, near mile marker 108, in Southboro, Massachusetts.

According to the police report, the driver stated that he was in the middle travel lane, traveling approximately 65 mph, when a deer jumped over the median and entered the westbound lanes. Attempting to avoid the deer, the driver swerved right; the vehicle then veered left, continuing through the middle and left lanes and leaving yaw marks on the roadway. The vehicle impacted the cement median barrier with its front end, overturning onto its passenger side in the median and left lanes. All air bags deployed, including the side air bags in the second row. Two occupants seated in the third row were ejected from the vehicle and came to rest in the left travel lane.  The scene diagram is shown in Figure 1.

The vehicle was totaled and towed from the scene.

---



Figure 1: Scene diagram from the accident report.

According to police documents, six occupants were in the Expedition:

> **Brenden P. O'Hara**, DOB 6/12/73, was the driver, listed as injury code "3" (non-incapacitating) and safety equipment code "1" (shoulder and lap belt). Mr. O'Hara was neither trapped nor ejected.

> **Jason S. Southworth,** DOB 9/18/73, was the right front passenger (position "3"), listed as injury code "3" (non-incapacitating) and safety equipment code "1" (shoulder and lap belt). Mr. Southworth was neither trapped nor ejected.

> **Larry A. Frederick Jr.,** DOB 8/9/74, was the left-side, middle-row passenger (position "4"), listed as injury code "4" (possible) and safety equipment code "0" (none used). Mr. Frederick was neither trapped nor ejected.

> **Joseph T. Harrigan,** DOB 10/29/72, was the right-side, middle-row passenger (position "6"), listed as injury code "4" (possible) and safety equipment code "0" (none used). Mr. Harrigan was neither trapped nor ejected.

> **Mario Zeolla,** DOB 12/8/73, was the left-side, third-row passenger (position "7"), listed as injury code "1" (fatal injury) and safety equipment code "0" (none used). Mr. Zeolla was listed as ejection status "1" ("totally ejected") and trapped status "0" ("not trapped").

> **Noah Sorensen,** DOB 6/4/74, was the right-side, third-row passenger (position "9"), listed as injury code "1" (fatal injury) and safety equipment code "0" (none used). Mr. Sorenson was listed as ejection status "2" ("partially ejected") and trapped status "1" ("freed by mechanical means").

At the time of the accident, it was daylight; the weather was cloudy and the roadway dry. The accident report described the roadway as two-way, divided, with a positive median barrier.

Police photos show the Expedition at its point of rest on its right side. Blood deposits are evident in the roadway. There is a blood spatter pattern visible on the concrete median barrier.

## Fact Witness Deposition(s)/Statement(s)

### Events of the Accident

Driver **Brenden O'Hara** recalled that he was traveling westbound on the Mass Pike at 63-67 mph, probably in the middle lane, when he saw a deer jump over the median into his lane in his peripheral vision 50-100 yards away. Traffic was light at the time. Mr. O'Hara swerved right to avoid the deer; the Expedition fishtailed and traveled to the left, yawing counterclockwise. The Expedition's front struck the barrier; the back end of the vehicle came around and also impacted. He recounted, "And then the car – the airbags had deployed. And the car rolled." (Deposition of Brenden O'Hara, 05-25-10, pg. 38-42, 127, 132).

Left front passenger **Jason Southworth** testified that when he first observed the deer it was 500 to 1000 feet away on the other side of the road. He noticed it turn its head and move their way and he pointed and said "deer." He saw the deer start to leap over the median barrier then lost sight of it because Mr. O'Hara swerved the car. The vehicle was traveling in the left lane closest to the median when it swerved across the middle and right lanes to avoid the deer. The back end of the vehicle began to slide out sideways; the vehicle went back across the lanes, and some part of the passenger side struck the barrier and bounced off. Afterwards, the vehicle rolled towards the driver's side (Deposition of Jason Southworth, pg. 44-49).

### After the Accident

**Jason Southworth** and **Brendan O'Hara** kicked out the front windshield to exit the vehicle (Deposition of Brendan O'Hara, pg. 45, Deposition of Jason Southworth p 52). Passenger **Larry A. Frederick, Jr.**, who testified that he was seated unbelted in the middle seat behind the driver, decided to rest his eyes for a little while. He heard some commotion and looked up and the next thing he knew, he was in the third row. He exited via the third row rear window that was facing up [right side of vehicle]; there was not much glass left in that window (Deposition of Larry Frederick, pg. 11, 13, 15-18, 38).

### Mr. Zeolla's Position of Rest

**Brenden O'Hara**, the driver, testified that the vehicle was lying on its passenger side after the accident, with "Noah underneath and Mario laying on the ground near the vehicle with... blood coming out of his ears." (Deposition of Brenden O'Hara, 05-25-10, pg. 46). This statement is consistent with right front passenger **Jason Southworth's** testimony. Mr. Southworth stated that Mario was "lying on the ground with a pool of blood all under his head" and that Noah was "underneath the car." (Deposition of Jason Southworth, 05-25-10, pg. 34).

**Jason Southworth** recalled that only Noah Sorenson's legs, and possibly lower torso, were visible from underneath the Expedition's passenger side third row window. Mario Zeolla was on his back on the pavement, 10-15 feet away from the vehicle, with his head facing the Jersey barrier. (Deposition of Jason Southworth, 05-25-10, pg. 52-54) **Mr. O'Hara** agreed, saying Mr. Zeolla "was farther away than a person's distance... parallel to how the vehicle was." His feet were in the direction of the front of the vehicle (Deposition of Brenden O'Hara, 05-25-10, pg. 136).

**Mr. O'Hara** did not recall hearing any sounds from Mr. Sorenson or Mr. Zeolla (Deposition of Brenden O'Hara, 05-25-10, pg. 47-48).

## Summary of Medical Records

Southborough Fire Department, the first responder, found Mr. Zeolla on the ground next to the vehicle in critical condition. He appeared to have circumferential injuries of the head and chest. His pupils were fixed and dilated and he was bleeding from both ears. He had lacerations to both flanks and to the posterior head. Large amounts of blood and clots were suctioned from his mouth. After the paramedics intubated him, he had no change in his capnography readings, likely due to blood in the endotracheal tube. He was noted to have subcutaneous emphysema. Bilateral needle compression of his chest was performed with positive air release.

Life Flight air ambulance responded. Upon arrival, they found Mr. Zeolla intubated. He was unresponsive with a GCS of 3T. Life Flight transported Mr. Zeolla to the University of Massachusetts Trauma Center. Upon lift off Mr. Zeolla lost his thready pulse. The flight crew began CPR. He was given epinephrine times two. CPR was continued per protocol until he arrived at the trauma center. He never regained a pulse.

Upon arrival at U Mass. Trauma Center he had no cardiac rhythm. He had lost his vital signs for more than 8 minutes. A chest tube was inserted and he had both a right and left lung needle decompression. He had an arterial line inserted in left femoral artery. The trauma team noted facial swelling, a right periorbital ecchymosis and scrotal edema. A thoracotomy was performed and open chest CPR was instituted. His aorta was clamped. At 10:22 [a.m.] the code was called and he was pronounced dead.

On a body diagram, the Medical Examiner noted the following injuries: Probable depressed skull fracture, bruise right periorbital area, bruise on left and right side of head and blood in the right ear. He noted an open thoracotomy of the left chest. The Cause of Death was blunt head trauma.

Mr. Zeolla donated the following to the New England Organ Bank: Bone and associated tissues of the upper extremities and lower extremities; whole heart for valves and pericardium; aortio-iliac artery; corneas; and skin.

At the time of the accident, Mr. Zeolla was 33 years old (DOB 12-08-1973), weighed about 165 pounds and was 5' 8 ¾" tall.

## Discussion

### Subject Vehicle Inspection

Delta V Biomechanics inspected the subject 2004 Ford Expedition on July 8, 2010, in Auburn, MA. Notes and digital photographs were taken. Findings included:

1. There was right front, right rear and rollover damage.
2. Glass was found in both intact and fractured states:
   a. Intact: Rear lift gate window, left side glass in the left front door and left rear door, right side moveable glass in the right rear door,
   b. Fractured: Windshield (broken at attached in frame at the bottom), left side third-row glass, right side glass in the moveable section of the right front door and the non-moveable section of the right rear door, and the right side third-row glass.
3. There were spots, drips, dents, stains, scrapes and impressions on both sides of the second row bench seat.
4. There were spots and debris on the third row bench seat. Tempered glass pieces were on the seat bottom.
5. There were numerous spots and drips on the roof liner, as well as on the interior of the right and left side door frames.
6. A dent was visible on the top of the left side door frame, as viewed from the outside.
7. There were scratches, crazing, dark marks and cracks around the left-side third-row window.
8. There were rubs, cuts, swipes, dirt and impressions around the right-side third-row window.
9. The front airbags deployed, as well as the side canopy airbags.
10. There was no evidence of loading on the #4, 6, 7 or 9 belts.
11. The #9 belt retractor was locked in the stowed position.
12. There were marks consistent with use during the collision on the #1 and 3 belts.

### Occupant Kinematics and Injury Mechanism

Occupant kinematics describes how a person moves within vehicle, is ejected from a vehicle, and moves after the ejection. To understand the occupant's motion, one must first understand the vehicle's motion. According to the accident reconstruction of Mr. Jeffrey Croteau, the subject vehicle moved through a counter-clockwise yaw (when viewed from above), collided with the center barrier, spun around, then rolled over, as shown in Figure 2.

Zeolla v Ford                                                    March 31, 2011



**Figure 2: Plan view of the accident sequence from the reconstruction of Mr. Jeffrey Croteau.**

As the vehicle yawed, the occupants in the third row seat of the Expedition---Mr. Zeolla seated in the third row left position (3L) and Mr. Sorenson seated in the third row right position (3R)--- would experience forces caused by the rotation and the drag of the Expedition. The rotation of the vehicle would cause the 3L and 3R occupants to experience a centrifugal force out away from the vehicle's center of rotation. This force would tend to move the occupants back into their seat backs, and to a minor degree, toward their adjacent portals. Superimposed with this centrifugal effect would be the drag effect. As the vehicle yawed, it slowed in speed as it traveled down the roadway. Since the 3L and 3R occupants were unrestrained, they tended to continue to travel in the direction down the roadway by virtue of their inertial force, causing the occupants to move to the right side of the vehicle as the vehicle dragged and slowed down.

As the vehicle next impacted its right front corner with the center barrier, a large impact force stopped the impending inbound motion of the vehicle toward the barrier. The barrier showed evidence of scarring, but not moving as a consequence of this collision (*cf.,* 10 and 11 of 76, from the Massachusetts Police on-scene photographs). During this impact, Mr. Zeolla, unrestrained, moved violently toward the third row right-side window, which was fractured from the inside-to-out direction, according to the glass fracture reconstruction of Dr. Michael Carhart. After Mr. Zeolla's impact with and fracturing of the glass, Mr. Zeolla was ejected from the vehicle and thrown downstream of the vehicle's path, toward the center barrier. Mr. Zeolla's body then collided with the center barrier, as evidenced by the presence of blood on the barrier itself (*cf.,* 13 and 14 of 76, from the Massachusetts Police on-scene photographs). The speed of this body-to-concrete impact would exceed the speed of the vehicle at this point, since the vehicle has slowed down from the interaction with the barrier and subsequent yawing.

After its impact with the barrier, Mr. Zeolla's body then rebounded, tumbled, and slid to its point of rest. As Mr. Zeolla's body came to rest, the Expedition, upstream of Mr. Zeolla's rest position, began to approach Mr. Zeolla, as the vehicle rotated through its yaw and began to roll, driver's side leading.

As the Expedition rolled, it encountered Mr. Zeolla's body in its path, and subsequently rolled over his body near the ¼ to ½ roll position. The vehicle then continued its roll, coming to rest at the ¾ roll position, downstream from Mr. Zeolla's body.

Injury mechanism analysis describes how forces, present within a crash, give rise to injuries sustained by an occupant. In this case, the main injury-causing force potentials arose from the occupant's ejection, the occupant colliding with the barrier, the occupant tumbling and sliding to rest, and the occupant interacting with the overrunning vehicle.

There are a number of opportunities for the observed injuries to occur. While all opportunities are likely, it is not possible to rule one out for the other.

- Mr. Zeolla's right-side head injuries (periorbital ecchymosis and bruise) were likely caused by one of the following events: his interaction with the glass upon his ejection, his interaction with the barrier, his tumble and slide to rest, or the overrun of his body by the vehicle.

- The balance of Mr. Zeolla's external head and neck injuries (see medical summary section above) were likely caused by one of the following events: his interaction with the barrier, his tumble and slide to rest, or the overrun of his body by the vehicle.

- The probable depressed skull fracture was likely caused by one of the following events: his head interacting with the barrier, the roadway upon ground impact, or the overrunning vehicle.

- Mr. Zeolla's flank lacerations, bruising and scratching are very consistent with tumbling and interacting with the roadway, though a vehicle overrun of the body cannot be ruled out as the mechanism.

Mr. Zeolla's massive subcutaneous emphysema is evidence of air from his lungs getting forced into the tissues under the skin, likely due from the vehicle's pressure over his body during the overrun.

### Critique of Plaintiff's Expert Opinions

Conspicuously ignored in the report of the Plaintiff's biomechanic expert is the issue of timing. Dr. Bidez either is unaware of or purposefully ignores the data present in the Restraint Control Module (RCM) Analysis. According to this analysis, the RCM issued a command to deploy the driver and passenger curtain air bags when the vehicle was approximately 16 to 17 degrees into its roll event. At this point in time, Mr. Zeolla was already fully ejected from the vehicle. Even if the curtain air bag had extended to the third row seating position in the subject vehicle, the air bag would have been irrelevant to the protection of Mr. Zeolla since he was no longer in the vehicle when the air bag deployed.

Dr. Bidez is wrong about Mr. Zeolla's ejection. Dr. Bidez opines that Mr. Zeolla was ejected via the left third-row portal near the beginning of the roll sequence. This opinion is refuted not only by the glass fracture vector analysis, but also the occupant kinematics analysis. The former analysis establishes that the third-row left-side glass, adjacent to Mr. Zeolla's pre-accident seating position, was fractured from the outside-to-in direction (as a consequence of ground

contact), not from the inside-to-out direction (as a consequence of occupant interaction).   This glass fracture vector as been clearly explicated by Dr. Michael Carhart.  The latter analysis, which further solidifies Dr. Carhart's fracture vector analysis, is the simple fact that Mr. Zeolla's body motions never moved him toward the left-side third-row window of the vehicle.  Indeed, the initial vehicle collision brought Mr. Zeolla's unrestrained body to the right side of the vehicle.  Mr. Zeolla's motion during the entire accident sequence would never drive him into the vehicle's third-row left-side window.

Finally, the physical evidence confounds Dr. Bidez's opinion.  There is blood splatter on the median barrier, located upstream from the location Dr. Bidez says Mr. Zeolla is ejected.  The blood would have to have been spattered onto the median prior to the roll initiation.

Although Dr. Bidez equated the kinematics of the third row occupants to that of the second row, she was incorrect in this comparison. The second row occupants were substantially closer to the center of gravity of the vehicle and therefore had substantially lower forces on them as a result of the rotation of the vehicle. The second row occupants were also lower relative to the belt line of the vehicle. These two facts concerning the position of the second row occupants---not the deployment of the safety canopy---make a significant contribution to containing the second row occupants.

*Rollover and Ejection*

Ejection increases the risk of being seriously injured in a rollover accident. Restraints markedly reduce the frequency of more severe injuries and fatality by preventing occupant ejection in rollover crashes. Ejected occupants are 9.8 to 11.5 times more likely to experience fatal injuries, and 5.1 to 8.3 times more likely to sustain AIS 3+ (serious) injuries, than occupants who are restrained and contained within their vehicle (Huelke 1973, 1977, 1983; Malliaris 1991; Partyka 1991). The unrestrained occupant accepts an increase in the AIS 3+ injury rate of 2.1 to 7.6 times that of the restrained occupant, as well as a fatality risk increase of 2.8 to 4 times that of the restrained occupant (Huelke 1973, 1977; James 1997; Mackay 1991; Moffatt 1995; Terhune 1991). In addition, Huelke, *et al.*, found that lap/shoulder belts reduced the risk of fatalities by 91% and the risk of serious to critical injuries (AIS 3-5) by 51%. They also found that 70% of contained, lap-belted occupants received minor or no injuries (AIS 0-1).

For those passengers who are not ejected from the vehicle, seat belts can reduce the risk of fatalities and more serious injuries. Studies of single-vehicle rollover accidents have shown that unrestrained and contained occupants are up to 3.4 times more likely to receive serious or worse (AIS 3+) injuries than belted passengers (Digges 2003, 2005; Moffatt 1995).  Although seat belt usage does not eliminate the risk of injury, Malliaris and Digges determined that 98.6% of restrained occupants in sport-utility vehicles are not seriously or fatally injured in rollover accidents. In addition, less than 0.4% of these belted passengers sustain fatal injuries. These occupants, who are using seat belts in sport-utility vehicles that overturn, are also exposed to similar risk of serious or fatal injury when compared to those who are restrained in passenger cars involved in planar (non-rollover) accidents (Malliaris 1999).

**Opinions**

1.  Mario Zeolla sustained his fatal injuries as a result of his ejection from the vehicle.

2.  Mario Zeolla was ejected through the right rear window opening just after the initial right frontal impact with the barrier.

3.  Mario Zeolla would not have been ejected, and therefore would not have sustained the fatal injuries, had he been wearing his available 3-point lap-shoulder belt.

4.  The safety canopy did not deploy until after the initiation of the rollover event and could not have prevented Mario Zeolla's ejection from the vehicle.

Please note that this report is based upon information available to me at the time of its preparation. Should substantial additional information that affects the contents of this report become available, an amended or supplementary report may be prepared.

If you have any questions, do not hesitate to contact me.


Sincerely,


Elizabeth H. Raphael, M.D., F.A.C.E.P.

## Appendix A: Materials Received and Reviewed

### Legal Documents
1. Complaint
2. Plaintiff's Answers to Ford's Interrogatories

### Accident/Incident Reports
1. Police Report
2. Southborough Fire Department Records
3. Accident Reconstruction Diagram by Massachusetts State Police
4. MA State Police - Collision Reconstruction Report
5. Collision Reconstruction Report

### Photographs, Videos, and Inspections
1. Accident Photos by Massachusetts Police
2. CARHART, Michael VI Photos 03-25-10
3. CROTEAU, Jeff VI Photos 05-10-10
4. IMLER, Stacy VI Photos 03-25-10
5. TANDY, Don VI Notes 05-11-10
6. TANDY, Don VI Photos 05-11-10

### Fact Witness Statements and Depositions
1. ZEOLLA, Christine depo 05-18-10 with exhibits
2. O'HARA, Brenden depo 05-25-10 with exhibits
3. SOUTHWORTH, Jason depo 05-25-10
4. DEJONG, Darren (state trooper) depo 08-03-10 with exhibits
5. BARACOS, Nicholas depo 12-08-10 with exhibits
6. BEANE, Steven depo 10-14-10
7. DOMINELLI, Angela depo 12-17-10
8. FREDERICK, Larry depo 12-22-10
9. HARRIGAN, Joseph 12-20-10
10. RIDENOUR, Jack depo 11-11-10 with exhibits
11. JABUKOWSKI (state trooper) Exhibits 08-19-10

### Expert Witness Statements, Reports, and Depositions
1. BAROCCI, Thomas expert report 01-25-11 including CV, testimony history, calculations, and fees
2. BATZER, Stephen 2005 Expedition Glazing Testing Report
3. BATZER, Stephen Crashworthiness References Trial Exhibits
4. BATZER, Stephen Design Report Windows 02-04-11
5. BATZER, Stephen Expedition Glazing Report 11-29-10
6. BATZER, Stephen expert report 02-03-11 including CV, testimony history
7. BIDEZ, Martha expert report with exhibits 02-07-11
8. GILBERT, Micky expert report 01-31-11

***Medical Records***
1. ZEOLLA, Mario Office of the Chief Medical Examiner Death Report
2. ZEOLLA, Mario Death Certificate
3. ZEOLLA, Mario chart from medical examiner
4. ZEOLLA, Mario U Mass Medical Records
5. ZEOLLA, Mario medical records from Bethlehem Family Practice
6. ZEOLLA, Mario Southborough Fire Department Records

***Miscellaneous***
1. Restraint Control Module Analysis
2. Family Photos Produced by Plaintiff
3. Mario Zeolla License

## Glazing Bibliography

1. Alexander HM, Mattimoe PT, Hofmann JJ. An improved windshield. *SAE Paper No. 700482.* 1970.

2. Atelsek P, Duffy S, Gill M, Harper C, Jones L, Lee J, McCray L, Sharma D, Sherrer R, Summers S, Willke D. Ejection mitigation using advanced glazing: a status report. *NHTSA.* 1995 Nov.

3. Automotive Glazing Historical Timeline.

4. Batzer SA, Allen KA, Martin MR, Evans JL, Phillips DR. Biomechanical analysis of headform impacts into automobile side glazing. *Garcia vs. Ford Motor Company Deposition Exhibits 1-3.* 2005.

5. Batzer SA, Herndon G. Glazing testing report (Crown Victoria, Ford Explorer). *The Engineering Institute, LLC.* 2006 May 24.

6. Batzer SA, Herndon GG, Semones PT, Thorbole CK, Ziejewski M, Hooker RM. Automotive side glazing ejection mechanisms. Part I - model development. *IMECE Paper No. 2008-68482.* 2008 Oct 31-Nov 6.

7. Batzer SA, Herndon GG, Semones PT, Thorbole CK, Ziejewski M, Hooker RM. Automotive side glazing ejection mechanisms. Part II - review of recent glazing literature. *IMECE Paper No. 2008-68483.* 2008 Oct 31-Nov 6.

8. Batzer SA, Roberts A. Torso impact glazing testing (1992 Ford Aerostar, 1991 Ford Aerostar). *The Engineering Institute, LLC.* 2006 Mar 20.

9. Batzer SA, Thorbole CK, Herndon GG, Beltran D. Injury analysis of laminated and tempered side glazing. *Proc 20th ESV Conf.* 2007 Jun 18-21.

10. Batzer SA. Automotive glazing technical synopsis – Ford extract. *Renfroe Engineering, Inc.* 2004 Nov 11.

11. Batzer SA. Automotive side glazing hyge sled impact testing (1993 Ford Aerostar, 1999 Volvo S80). *The Engineering Institute, LLC.* 2007 Sep 25.

12. Batzer SA. Automotive side glazing push testing (1997 Ford Expedition, 2000 Volvo S80, 1999 Volvo S80). *The Engineering Institute, LLC.* 2006 Oct 20.

13. Batzer SA. Automotive side glazing torso drop testing (2002 Ford Explorer, 1984 Jeep Wagoneer). *The Engineering Institute, LLC.* 2006 Jun 22.

14. Batzer SA. Dolly rollover testing (2001 Ford Windstar). *The Engineering Institute, LLC.* 2006 Sep 18.

15. Batzer SA. Failure mechanisms of automotive side glazing in rollover collisions. *J Fail Anal Prev*. 2006 Jun;6(3):6-11,33-34.

16. Batzer SA. Ford Expedition glazing testing. *The Engineering Institute, LLC*. 2005 Jan 26.

17. Batzer SA. Glazing testing report (1997 Ford Expedition). The Engineering Institute, LLC. *Domingo Vargas vs. Ford Motor Company Deposition Exhibit 2*. 2005 Sep 20.

18. Batzer SA. Performance of automotive side glazing in rollover collisions. *Mat Sci Tech Conf Proc*. 2005 Sep.

19. Batzer SA. Tempered and laminated glass drop testing notes. *Garcia vs. Ford Motor Company Deposition Exhibit 5*. 2004.

20. Burel JYP, Bedewi PG, Digges KH, Tamborra NC. Modeling vehicle and occupant kinematics in rollover. *Proc of 5th MADYMO User's Meeting of the Americas*. 2003.

21. Campbell BJ, Hopens T. Automobile glazing as an injury factor in accidents. *Cornell Aeronautical Laboratory, Inc. Report No. VJ-1825-R1*. 1964 Dec.

22. Clark CC, Jettner E, Digges K, Morris J, Cohen D, Griffith D. Simulation of road crash facial lacerations by broken windshields. *SAE Paper No. 870320*. 1987.

23. Clark CC, Sursi P. Car crash tests of ejection reduction by glass-plastic side glazing. *SAE Paper No. 81203*. 1981.

24. Clark CC, Sursi P. Rollover crash and laboratory tests of ejection reduction by glass-plastic side widows and windshields. *SAE Paper No. 890218*. 1989.

25. Clark CC, Sursi P. The ejection reduction possibilities of glass-plastic glazing. *SAE Paper No. 840390*. 1984.

26. Clark CC, Yudenfriend H, Redner AS. Laceration and ejection dangers of automotive glass, and the weak standards involved. The strain fracture test. *Annu Proc Assoc Adv Automot Med*. 2000 Oct 2-4.

27. Clark CC. Extended bumper and glass-plastic glazing methods to reduce intrusion and ejection in severe motor vehicle crashes. *ISATA Paper No. 93SF053*. 1993.

28. Cook LM, Rieser RG, Siegel AW, Nahum AM. Correlation between windshield head injuries and laboratory tests. Part I: feasibility of relating headform impacts to clinical head injuries. *SAE Paper No. 690803*. 1969.

29. Docket No. NHTSA 2001-11082. Terminate rulemaking. *Federal Register*. 2002 Jun 18;67(117):41365-7.

30. Eppinger R, Sun E, Bandak F, Haffner M, Khaewpong N, Maltese M, Kuppa S, Nguyen T, Takhounts E, Tannous R, Zhang A, Saul R. Development of improved injury criteria

for the assessment of advanced automotive restraint systems - II. *NHTSA Research Paper*. 1999 Nov.

31. Eppinger R, Sun E, Kuppa S, Saul R. Supplement: development of improved injury criteria for the assessment of advanced automotive restraint systems - II. *NHTSA Research Paper*. 2000 Mar.

32. Esposito RA. Intrusion resistance test development for automotive glazing. *SAE Paper No. 99IBECG-1*. 1999.

33. Exponent. Dolly rollover test, 1998 Ford Expedition. *Failure Analysis Associates Test and Engineering Center Project No. TEC9825*. 2005 Oct 19.

34. Exponent. Dolly rollover test, 2004 Volvo XC90. *Failure Analysis Associates Test and Engineering Center Project No. TEC10303*. 2006 Jul 17.

35. Exponent. Headform drop test. *Failure Analysis Associates Test and Engineering Center Project No. TEC9812*. 2005 Oct 7.

*36.* Exponent. MADYMO simulations of side glazing test protocols: evaluation of effective mass. *Failure Analysis Associates Test and Engineering Center Project No. PH10431.000*. 2006 Jul 14.

37. Exponent. Quasi-static load test. *Failure Analysis Associates Test and Engineering Center Project No. TEC9789*. 2005 Sep 26.

38. Forrest S. Orton T, Herbst B, Meyer S, Sances A Jr, Kumaresan S. The influence of roof crush on glazing retention and occupant containment in rollovers. *Proc Summer Bioeng Conf*. 2005 Jun 22-26.

39. Giavotto V, di Milano P. Ejection through side windows: relevance and countermeasures. *Proc 18th ESV Conf*. 2003 May 19-22.

40. Guindon C. The relevance of laminated side glazings (lsg) to car occupant safety. *Proc Glass Processing Days*. 2001 Jun 18-21;499-501.

41. Harbison WC. Coatings for plastic glazing. *Automot Eng*. 2003 May;24-8.

42. Harbison WC. Protective coatings for automotive transparent plastic glazing. *SAE Paper No. 930743*.1993.

43. Hassan AM, Mackay M, Foret-Bruno JY, Huere JF, Langwieder K. Laminated side glazing. Implications for vehicle occupant safety. *Proc IRCOBI Conf*. 2001 Oct 10-12.

44. Haynes AL, Lissner HR. Experimental head impact studies. *Annu Proc Assoc Adv Automot Med*. 1961;158-70.

45. Herbst B, Forrest S, Orton T, Meyer SE, Sances A Jr, Kumaresan S. The effect of roof strength on reducing occupant injury in rollovers. *Proc Rocky Mountain Bioeng Symposium & Int ISA Biomedical Sci Instrum Symposium.* 2005 Apr 8-10;97-103.

46. Hight PV, Siegel AW, Nahum AM. Injury mechanisms in rollover collisions. *SAE Paper No. 720966.* 1972.

47. Kahane CJ. An evaluation of windshield glazing and installation methods for passenger cars. *NHTSA Report No. DOT HS 806 693.* 1985 Feb.

48. Kleinberger M, Sun E, Eppinger R, Kuppa S, Saul R. Development of improved injury criteria for the assessment of advanced automotive restraint systems. *NHTSA Research Paper.* 1998 Sep.

49. Kramer RN, Loibl JM, Morrison RL, Saunby CS, Robert VL. A comparative study of automotive side window occupant containment characteristics for tempered and laminated glass. *SAE Paper No. 2006-01-1492.* 2006.

50. Luepke P, Carhart M, Croteau J, Morison R, Loibl J, Ridenour J. An evaluation of laminated side window glass performance during rollover. *SAE Paper No. 2007-01-0367.* 2007.

51. Ma D, Rizer AL, Obergefell LA. Dynamic modeling and rollover simulations for evaluation of vehicle glazing materials. *SAE Paper No. 950050.* 1995.

52. Mackay GM, Siegel AW, Hight PV. Tempered versus HPR laminated windshields: a comparative study of united kingdom and united states collisions. *SAE Paper No. 700911.* 1970.

53. Malliaris C, Digges KH. Crash exposure and crashworthiness of sport utility vehicles. *SAE Paper No. 1999-01-0063.* 1999.

54. Marumo N, Maeda T. Development of the Nissan ESV. *SAE Paper No. 736013.* 1973.

55. McLean AJ. The performance of automobile glazing in urban accidents. *SAE Paper No. 690807.* 1969.

56. Miller PM II, Sykes M. Safety related testing and results of polycarbonate and tempered glass non-windshield glazing applications. *SAE Paper No. 980863.* 1998.

57. Moran JR, Mariel J, Kavanagh DL. Occupant retention glazing for automotive sidelites. *SAE Paper No. 950049.* 1995.

58. Mori H, Koursova LV. Automotive glazing: issues and trends. *SAE Paper No. 2000-01-2691.* 2000.

59. Morris AP, Hassan AM, Mackay GM, Parkin S. A case for security glazing. *Annu Proc Assoc Adv Automot Med.* 1993 Nov 4-6.

60. NHTSA. Initiatives to address the mitigation of vehicle rollover. *NHTSA*. 2003 Jun.

61. NHTSA. Public meeting for advanced glazing research. *NHTSA*. 1996 Feb 1.

62. NHTSA. Standard No. 208; Occupant crash protection. *Code of Federal Regulations Title 49: Transportation, Chapter V*. 2008 Oct 1.

63. Nyquist GW, DuPont FT, Patrick LM. Pick-up truck rear window tempered glass as a head restraint - head and neck loads relative to injury reference criteria. *SAE Paper No. 841658*. 1984.

64. Parsons GG. An evaluation of the effects of glass-plastic windshield glazing in passenger cars. *NHTSA Report No. DOT HS 808 06*. 1993 Nov.

65. Patrick LM. A primer on automotive glazing - part 1. *Automot Eng*. 1996 Jul;63-6.

66. Patrick LM. A primer on automotive glazing - part 2. *Automot Eng*. 1996 Aug;19-22.

67. Patrick LM. Glazing for motor vehicles - 1995. *SAE Paper No. 952717*. 1995.

68. Peterson BS, Sursi PL, Glance P. Glass-plastic glazing for side window ejection reduction, *NHTSA Report No. DOT HS 807 397*. 1989 Jun.

69. Pierce J, Carhart M, Bare C, Blakeslee A, Heald J. Retention characteristics of production laminated side windows. *SAE Paper No. 2007-01-0376*. 2007.

70. Piziali RL, Fox JC, Girvan DS, Raphael EH, Ridenour J. A review and analysis of the performance of laminated side glazing in rollover accidents. *SAE Paper No. 2007-01-1166*. 2007.

71. Ramanujam N, Daniel RP. Headform impact evaluation of developmental glazing materials and evaluation of headform retention when impacting movable glazing. *Produced by Ford Motor Company*.

72. Ramanujam N. Bilaminate window glass assembly. *U.S. Patent 5,858,483*. 1999 Jan 12.

73. Reilly JJ, Miller PM II. Headform impact testing of plastic glazing materials. *SAE Paper No. 930741*. 1993.

74. Sances A Jr, Carlin F, Kumaresan S. Biomechanical analysis of head and neck injury with rollover glass impacts. *Proc ASME Bioeng Conf*. 50;2001.

75. Sances A Jr, Carlin FH, Kumaresan S, Enz B. Biomedical engineering analysis of glass impact injuries. *Crit Rev in Biomed Eng*. 2002;30(4-6):345-77.

76. Sances A Jr, Carlin FH, Kumaresan S. Biomechanical injury evaluation of laminated glass during rollover conditions. *SAE Paper No. 2002-02-1446*. 2002.

77. Sances A Jr, Kumaresan S, Carlin F, Friedman K, Meyer S. Biomechanical injury evaluation of laminated side door windows and sunroof during rollover accidents. *ISA Paper No. 2003-043*. 2003.

78. Sances A Jr, Kumaresan S, Carlin F, Friedman K, Meyer S. Biomechanics of occupant ejection during rollover accidents. *Proc Southern Biomed Eng Conf Aortic Valve Sparing Surgery*. 2003 Sep.

79. Sances A Jr, Kumaresan S, Clarke R, Herbst B, Meyer S. Biomechanical analysis of occupant kinematics in rollover motor vehicle accidents: dynamic spit test. *Biomed Sci Instrum*. 2005.

80. Summers S, Rains GC, Willke DT. Current research in rollover and occupant retention. *Proc 15th ESV Conf*. 1996 May 13-16.

81. Sykes ME, Miller PM II. Safety testing and evaluation of polycarbonate vehicle glazing using full scale crash testing procedures. *SAE Paper No. 982352*. 1998.

82. Van Russelt M. New trends in automotive glazing laminated glass for side and rear windows. *Proc Glass Processing Days*. 2001 Jun 18-21;489-492.

83. Widman JC. Recent developments in penetration resistance of windshield glass. *SAE Paper No. 650474*. 1965.

84. Willke D, Summers S, Wang J, Lee J, Partyka S, Duffy S. Ejection mitigation using advanced glazing: status report II. *NHTSA & TRC, Inc.* 1999 Aug.

85. Willke D, Summers S, Wang J, Lee J, Partyka S, Duffy S. Ejection mitigation using advanced glazing: final report. *NHTSA & TRC, Inc.* 2001 Aug.

86. Willke DT, Summers S, Duffy JS, Louden AE, Elias JC. Status of NHTSA's ejection mitigation research program. *Proc 18th ESV Conf*. 2003 May 19-22.

87. Winnicki J. Estimating the injury-reducing benefits of ejection-mitigating glazing. *NHTSA Report No. HS 808 369*. 1996.

88. Yudenfriend H, Clark CC. Glazing effects of door or frame deformations in crashes, part 2. *SAE Paper No. 970121*. 1997.

89. Yudenfriend H. Glazing effects of door or frame deformations in crashes. *SAE Paper No. 960105*. 1996.

## Injury Risk Bibliography

1. Bass, C.R., Crandall, J.R., Pilkey, W.D. "Out-of-Position Occupant Testing (OOPS3 Series)" University of Virginia Automobile Safety Laboratory, September 1998.

2. Crandall, J.R., Bass, C.R., and Duma, S.M. "Evaluation of 5th Percentile Female Hybrid III Thoracic Biofidelity during Out-of-Position Tests with a Driver Air Bag," SAE Paper No. 980636, 1998.

3. Cromack JR, Schneider D, Blaisdell D. "Occupant Kinematics & Belt Markings in Crash Tests with Unrestrained and Partially Restrained Test Dummies," 34th Annual AAAM Conference Proceedings, 1990.

4. "Federal Motor Vehicle Safety Standards; Occupant Crash Protection; Proposed Rule." Federal Register 64:214, Parts 552, 571, 585, and 595. Nov. 5, 1999.

5. "Fifth/Sixth Report to Congress: Effectiveness of Occupant Protection Systems and Their Use," NHTSA Report No. DOT HS 809 442, 2001.

6. Gennarelli TA, Wodzin E, editors. AIS 2005. Barrington, IL: Association for the Advancement of Automotive Medicine; 2005.

7. "Guidelines for evaluating out-of-position vehicle occupant interactions with deploying frontal airbags," SAE Information Report J1980, Society of Automotive Engineers, Inc.: Warrendale, PA., 2001.

8. Horsch, J et al. "Assessment of Air Bag Deployment Loads" SAE paper 902324, 1990.

9. Kuppa S, Wang J, Haffner M, Eppinger R. "Lower Extremity Injuries and Associated Injury Criteria," SAE Paper No. 2001-06-0160, 2001.

10. Malliaris AC, Hitchcock R, Hansen M. "Harm Causation and Ranking in Car Crashes," SAE Paper No. 850090, 1985.

11. Malliaris A, Digges K, DeBlois, J. "Relationships Between Crash Casualties and Crash Attributes," SAE Paper No. 970393, 1997.

12. Melvin, J.W., et al. "Assessment of Air Bag Deployment Loads with the Small Female Hybrid III Dummy," SAE Paper No. 933119, 1993.

13. Mills PJ, Hobbs CA. "The Probability of Injury to Car Occupants in Frontal and Side Impacts," SAE Paper No. 841652, 1984.

14. Morris, C.R., Zuby, D.S., and Lund, A.K. "Measuring Airbag Injury Risk to Out-of-Position Occupants." Proceedings of the 16th ESV, Paper No. 98-S5-O-08, pg. 1036-1043, 1998.

15. National Highway Traffic Safety Administration. "Special Crash Investigations — Counts of frontal air bag related fatalities and seriously injured persons." Washington, DC: US Department of Transportation, 2008.

16. National Highway Traffic Safety Administration. "Special Crash Investigations — Counts of frontal air bag related fatalities and seriously injured persons." Report no. DOT HS-811-104. Washington, DC: US Department of Transportation, 2009.

17. Otte D, Sudkamp N. "Variations of Injury Patterns of Seat-Belt Users," SAE Paper No. 870226, 1987.

18. Otte D. "Change in Injury Situation for Belted Front-Seat Car Passengers in the Course of Development in Vehicle Construction," SAE Paper No. 881718, 1988.

19. Otte D. "The Accident Research Unit Hannover as Example for Importance and Benefit of Existing In Depth Investigations," SAE Paper No. 940712, 1994.

20. Padmanaban J, Davis MS. "Re-Evaluation of Rear Seat Restraint System Effectiveness in Preventing Fatalities, Using Recent Fatal Accident Data," Proc. 43rd Conf., AAAM, Barcelona, Spain, September 1999.

21. Partyka S, Light Passenger Vehicle Rollovers with Serious Occupant Injury. Office of Vehicle Safety Standards, Rulemaking NHTSA April 15, 1991.

22. Roberts VL, Compton CP. "The Relationship Between Delta V and Injury," SAE Paper No. 933111, 1993.

23. Terhune K, The Contribution of Rollover To Single Vehicle Crash Injuries, Calspan Report No. 7881-1, Arvin/Calspan Transportation Sciences Center, Buffalo, N.Y. March 1991.

## Rollover Bibliography

1. Anderson TE. Ejection risk in automobile accidents. *NHTSA Report No. DOT HS 801 237*. 1974 Oct.

2. Bahling GS, Bundorf RT, Kaspzyk GS, Moffatt EA, Orlowski KF, Stocke JE. Rollover and drop tests - the influence of roof strength on injury mechanics using belted dummies. *SAE Paper No. 902314*. 1990.

3. Bahling GS, Bundorf RT, Moffatt EA, Orlowski KF. The influence of increased roof strength on belted and unbelted dummies in rollover and drop tests. *J Trauma*. 1995 Apr;38(4):557-63.

4. Bedewi PG, Godrick DA, Digges KH, Bahouth GT. An investigation of occupant injury in rollover: NASS-CDS analysis of injury severity and source by rollover attributes. *Proc 18th ESV Conf.* 2003 May 19-22.

5. Biard R, Cesari D, Bloch J. Rollovers of passenger cars in France. *Proc 12th ESV Conf.* 1989.

6.  Bidez MW, Cochran JE, King D. Roof crush as a source of injury in rollover crashes: an independent analysis of Autoliv SUV rollover tests B190043, B190042, B180220, B180219. 2005 Mar 30.

7.  Bidez MW, Cochran Jr JE, King D, Burke DS 3rd. Occupant dynamics in rollover crashes: influence of roof deformation and seat belt performance on probable spinal column injury. *Ann Biomed Eng.* 2007 Nov;35(11):1973-88.

8.  Bish J, Honikman T, Sigel J, Nash C, Friedman D. Human response to dynamic rollover conditions. *Proc IMECE.* 2003 Nov.

9.  Carter JW, Habberstad JL, Croteau J. A comparison of the Controlled Rollover Impact System (CRIS) with the J2114 rollover dolly. *SAE Paper No. 2002-01-0694.* 2002.

10. Carter JW, Luepke P, Henry KC, Germane GJ, Smith JW. Rollover dynamics: an exploration of the fundamentals. *SAE Paper No. 2008-01-0172.* 2008.

11. Cheng H, Rizer AL, Obergefell LA. ATB model simulation of a rollover accident with occupant ejection. *SAE Paper No. 950134.* 1995.

12. Cohen D, Digges K, Nichols RH. Rollover crashworthiness classification and severity indices. *Proc IRCOBI Conf.* 1991 Sep.

13. Digges KH, Eigen AM, Dahdah S. Injury patterns in rollovers by crash severity. *Proc 19th ESV Conf.* 2005 Jun 6-9.

14. Digges KH, Eigen AM. Crash attributes that influence the severity of rollover crashes. Proc *18th ESV Conf.* 2003 May 19-22.

15. Digges KH, Malliaris AC, Ommaya AK, McLean AJ. Characterization of rollover casualties. *Proc IRCOBI Conf.* 1991 Sep.

16. Digges KH, Malliaris AC. Crashworthiness safety features in rollover crashes. *SAE Paper No. 982296.* 1998.

17. Digges KH. Summary report of rollover crashes. *FHWA / NHTSA National Crash Analysis Center.* 2002 Jun.

18. Eppinger R, Sun E, Bandak F, Haffner M, Khaewpong N, Maltese M, Kuppa S, Nguyen T, Takhounts E, Tannous R, Zhang A, Saul R. Development of improved injury criteria for the assessment of advanced automotive restraint systems - II. *NHTSA Research Paper.* 1999 Nov.

19. Eppinger R, Sun E, Kuppa S, Saul R. Supplement: development of improved injury criteria for the assessment of advanced automotive restraint systems - II. *NHTSA Research Paper.* 2000 Mar.

20. Esterlitz JR. Relative risk of death from ejection by crash type and crash mode. *Accid Anal Prev.* 1989 Oct;21(5):459-68.

21. Friedewald K. An analysis of body loads during rollover tests: roof crush and occupant protection. *Proc 15th ESV Conf.* 1996 May 13-16.

22. Friedman D, Nash C, Friedman K, Sances A Jr. Mathematical analysis and review of vehicular rollovers. *Math Model Sci Comput.* 2001;13(1-2):94-7.

23. Góngora E, Acosta, JA, Wang DSY, Brandenburg K, Jablonski K, Jordan MH. Analysis of motor vehicle ejection victims admitted to a level I trauma center. *J Trauma.* 2001 Nov;51(5):854-9.

24. Hare BM, Lewis LK, Hughes RJ, Ishikawa Y, Iwasaki K, Tsukaguchi K, Doi N. Analysis of rollover restraint performance with and without seat belt pretensioner at vehicle trip. *SAE Paper No. 2002-01-0941.* 2002.

25. Hight PV, Siegel AW, Nahum, AM. Injury mechanisms in rollover collisions. *SAE Paper No. 720966.* 1972.

26. Hovey CB, Kaplan ML, Piziali RL. Occupant trajectory model using case-specific accident reconstruction data for vehicle position, roll, and yaw. *SAE Paper No 2008-01-0517.* 2008.

27. Howard RP, Hatsell CP, Raddin JH. Initial occupant kinematics in the high velocity vehicle rollover. *SAE Paper No. 1999-01-3231.* 1999.

28. Hu J, Yang KH, Chou CC, King AI. A numerical investigation of factors affecting cervical spine injuries during rollover crashes. *Spine.* 2008 Nov 1;33(23):2529-35.

29. Huelke DF, Compton CP. Injury frequency and severity in rollover car crashes as related to occupant ejection, contacts and roof damage: an analysis of national crash severity data. *Accid Anal Prev.* 1983 Oct;15(5):395-401.

30. Huelke DF, Lawson TE, Marsh JC. Injuries, restraints and vehicle factors in rollover car crashes. *Accid Anal Prev.* 1977 Jun;9(2):93-107.

31. Huelke DF, Marsh JC, Sherman HW. Analysis of rollover accident factors and injury causation. *Annu Proc Assoc Adv Automot Med.* 1972;16:62-79.

32. Huelke DF, Marsh JC, MiMento L, Sherman HW, Ballard WJ. Injury causation in rollover accidents. *SAE Paper No. 1973-12-0007.* 1973.

33. Huelke DF, Compton C, Studer RM. Injury severity, ejection, and occupant contacts in passenger car rollover crashes. *SAE Technical Paper No. 850336.* 1985.

34. James MB, Allsop DL, Nordhagen RP, Decker RL. Injury mechanisms and field accident data analysis in rollover accidents. *SAE Paper No. 970396.* 1997.

35. Kaleps I, Obergefell LA, Ryerson JR. Simulation of restrained occupant dynamics during vehicle rollover. *NHTSA Report No. DOT HS 807 049.* 1996 Jun.

36. Kleinberger M, Sun E, Eppinger R, Kuppa S, Saul R. Development of improved injury criteria for the assessment of advanced automotive restraint systems. *NHTSA Research Paper.* 1998 Sep.

37. Mackay GM, Tampen ID. Field studies of rollover performance. *SAE Paper No. 700417.* 1970.

38. Mackay GM, Parkin S, Morris AP, Brown RN. The urban rollover: characteristics, injuries, seat-belts and ejection. *Proc 13th ESV Conf.* 1991 Nov.

39. Malliaris AC, DeBlois JH. Pivotal characterization of car rollovers. *Proc 13th ESV Conf.* 1991 Nov.

40. Malliaris C, Digges KH. Crash exposure and crashworthiness of sport utility vehicles. *SAE Paper No. 1999-01-0063.* 1999.

41. Mandell SP, Kaufman R, Mack CD, Bulger EM. Mortality and injury patterns associated with roof crush in rollover crashes. *Accid Anal Prev.* 2010 Jul;42(4):1326-31.

42. McGuigan R, Bondy N. A descriptive study of rollover crashes. *National Center for Statistics and Analysis Collected Technical Studies, DOT HS SOS 883.* 1980 July.

43. Moffatt EA, Cooper ER, Croteau JJ, Parenteau C, Toglia A. Head excursion of seat belted cadaver, volunteers and Hybrid III ATD in a dynamic/static rollover fixture. *SAE Paper No. 973347.* 1997.

44. Moffatt EA, Cooper ER, Orlowski KF, Marth DR, Croteau JJ, Carter JW. Matched-pair rollover impacts of rollcaged and production roof cars using the Controlled Rollover Impact System (CRIS). *SAE Paper No. 2003-01-0172.* 2003.

45. Moffatt EA, Hare B, Hughes R, Lewis L, Iiyama H, Curzon A, Cooper E. Head excursion of restrained human volunteers and Hybrid III dummies in steady state rollover tests. *Annu Proc Assoc Adv Automot Med.* 2003 Sep;47:445-65.

46. Moffatt EA, James MB. Headroom, roof crush, and belted excursion in rollovers. *SAE Paper No. 2005-01-0942.* 2005.

47. Moffatt EA, Padmanaban J. The relationship between vehicle roof strength and occupant injury in rollover crash data. *Annu Proc Assoc Adv Automot Med.* 1995 Oct;39:245-67.

48. Moore TLA, Vijayakumar V, Steffey DL, Ramachandran K, Corrigan CF. Biomechanical factors and injury risk in high severity rollovers. *Annu Proc Assoc Adv Automot Med.* 2005 Sep;49:133-50.

49. Nahum AM, Melvin JW. Accidental Injury: Biomechanics and Prevention, Second Edition, New York: Springer-Verlag. 2002.

50. Obergefell LA, Kaleps I, Johnson AK. Prediction of an occupant's motion during rollover crashes. *SAE Paper No. 861876.* 1986.

51. Orlowski KF, Moffatt EA, Bundorf RT, Holcomb MP. Reconstruction of rollover collisions. *SAE Technical Paper No. 890857.* 1989.

52. Orlowski KF, Bundorf RT, Moffatt EA. Rollover crash tests - the influence of roof strength on injury mechanics. *SAE Paper No. 851734.* 1985.

53. Padmanaban J, Davis MS. Examination of rollover accident characteristics, using field performance data. *SAE Paper No. 2002-01-2056.* 2002.

54. Padmanaban J, Husher S. Occupant injury experience in rollover crashes: an in-depth review of NASS/CDS data. *Annu Proc Assoc Adv Automot Med.* 2005 Sep;49:103-18.

55. Padmanaban J, Moffatt EA, Marth DR. Factors influencing the likelihood of fatality and serious/fatal injury in single-vehicle rollover crashes. *SAE Paper No. 2005-01-0944.* 2005.

56. Parenteau C, Gopal M, Viano D. Near and far-side adult front passenger kinematics in a vehicle rollover. *SAE Paper No. 2001-01-0176.* 2001.

57. Partyka S, Liu W. Rollovers and injury on the NCSS file. *NHTSA Report No. NRD-31.* 1978.

58. Piziali R, Hopper R, Girvan D, Merala R. Injury causation in rollover accidents and the biofidelity of Hybrid III data in rollover tests. *SAE Paper No. 980362.* 1998.

59. Plastiras JK, Lange RC, McCarthy RL, Padmanaban JA. An examination of the correlation between vehicle performance in FMVSS 216 versus injury rates in rollover accidents. *SAE Technical Paper No. 850335.* 1985.

60. Pywell JF, Bahling GS, Werner SM. An examination of dummy head kinematics prior to vehicle rollover. *SAE Paper No. 2001-01-0720.* 2001.

61. Pywell JF, Rouhana SW, McCleary JD, DeSaele KH. Characterization of belt restraint systems in quasistatic vehicle rollover tests. *SAE Paper No. 973334.* 1997.

62. Renfroe DA. Rollover ejection while wearing lap and shoulder harness: the role of the retractor. *SAE Paper No. 960096.* 1996.

63. Robbins DH, Viano DC. MVMA 2-D Modeling of occupant kinematics in rollovers. *SAE Paper No. 840860.* 1984.

64. Rodger M. Occupant protection in frontal impact (passive restraint), rear impact and rollover. *Proc 5th ESV Conf.* 1974 Jun.

65. Rossey M. Test method for simulating vehicle rollover. *SAE Paper No. 2001-01-0475.* 2001.

66. Sakurai T, Takigawa Y, Ikeno H. Study on passenger car rollover simulation. *Proc 13th ESV Conf.* 1991 Nov;747-53.

67. Society of Automotive Engineers. Human tolerance to impact conditions as related to motor vehicle design. *SAE J885.* 1986 Jul.

68. Stone K. Occupant protection during vehicle rollover. *Proc 5th ESV Conf.* 1975:769-84.

69. Strashny A. The role of vertical roof intrusion and post-crash headroom in predicting roof contact injuries to the head, neck, or face during FMVSS No. 216 rollovers; an updated analysis. *NHTSA Report No. DOT 810 847.* 2007 Oct.

70. Yamaguchi GT, Richards D, Larson RE, Carhart MR, Cargill RS II, Lai W, Corrigan CF. Development of a computational method to predict occupant motions and neck loads during rollovers. *SAE Paper No. 2005-01-0300.* 2005.

## Seat Belt Use Bibliography

1. Baker DR, Clarke SR, Brandt EN Jr. An analysis of factors associated with seat belt use: prevention opportunities for the medical community. *J Okla State Med Assoc.* 2000 Oct;93(10):496-500.

2. Hafner JW, Hough SM, Getz MA, Whitehurst YR, Pearl RH. All-terrain vehicle safety and use patterns in west-central Illinois youth. *J Trauma.* 2007 Sep;63(3 Suppl):4-5.

3. Jonah BA, Dawson NE. Predicting reported seat belt use from attitudinal and normative factors. *Accid Anal Prev.* 1982 Aug;14(4):305-10.

4. Loo R. Correlates of reported attitude towards and use of seat belts. *Accid Anal Prev.* 1984 Oct-Dec;16(5-6):417-21.

5. Slovic P, Fischhoff B, Lichtenstein S. Accident probabilities and seat belt usage: A psychological perspective. *Accid Anal Prev.* 1978 Dec;10(4):281-85.

6. Stasson M, Fishbein M. The relation between perceived risk and preventive action: a within-subject analysis of perceived driving risk and intentions to wear seatbelts. *J Appl Psychol.* 1990 Nov;20(19):1541-57.