# Exhibit C

## Accident Reconstruction and Ejection
## Trajectory Diagrams





E$x$ponent®
*Failure Analysis Associates*
**0907964 - Zeolla v Ford**

| Vehicle Position | CG Coordinates | | Vehicle Speed | | | Yaw Angle | Roll Angle | Time |
|---|---|---|---|---|---|---|---|---|
| | X [ft] | Y [ft] | Resultant [mph] | X [mph] | Y [mph] | [deg] | [deg] | [s] |
| 1 | 11.3 | 207.2 | 58.2 | -58.0 | 5.1 | 178 | 0 | 0.0 |
| 2 | -11.5 | 209.2 | 57.8 | -57.8 | -1.0 | 189 | 0 | 0.3 |
| 3 | -53.9 | 208.5 | 55.8 | -55.0 | -9.0 | 209 | 0 | 0.8 |
| 4 | -93.5 | 202 | 52.1 | -49.9 | -14.9 | 229 | 0 | 1.3 |
| 5 | -120.3 | 194 | 48.4 | -45.0 | -17.8 | 244 | 0 | 1.7 |
| 6 | -146.6 | 183.6 | 43.3 | -38.1 | -20.5 | 261 | 0 | 2.1 |
| 7 | -173.2 | 169.3 | 35.4 | -31.2 | -16.8 | 292 | 0 | 2.6 |
| 8 | -178.8 | 167.6 | 29.3 | -29.3 | 1.2 | 310 | 0 | 2.7 |
| 9 | -193.9 | 168.2 | 24.1 | -23.4 | 6.0 | 29 | 0 | 3.1 |
| 10 | -208.8 | 172 | 15.4 | -15.3 | 1.0 | 69 | 45 | 3.6 |
| 11 | -226.3 | 173.1 | 0.0 | 0.0 | 0.0 | 112 | 270 | 5.2 |

| Segment | Time [s] | Yaw Rate [deg/s] | Roll Rate [deg/s] |
|---|---|---|---|
| 1-2 | 0.3 | 41 | -- |
| 2-3 | 0.5 | 39 | -- |
| 3-4 | 0.5 | 39 | -- |
| 4-5 | 0.4 | 39 | -- |
| 5-6 | 0.4 | 40 | -- |
| 6-7 | 0.5 | 59 | -- |
| 7-8 | 0.1 | 180 | -- |
| 8-9 | 0.4 | 200 | -- |
| 9-10 | 0.5 | 75 | -- |
| 10-11 | 1.6 | 28 | 144 |





Plan View, time=2.1 (sec)



## Plan View, time=2.2 (sec)



Plan View, time=2.3 (sec)



Plan View, time=2.4 (sec)



Plan View, time=2.5 (sec)



Plan View, time=2.6 (sec)



Plan View, time=2.7 (sec)



Plan View, time=2.8 (sec)



Plan View, time=2.9 (sec)



## Plan View, time=3 (sec)



Plan View, time=3.1 (sec)



**Plan View, time=3.2 (sec)**



Plan View, time=3.3 (sec)



Plan View, time=3.4 (sec)



Plan View, time=3.5 (sec)



Plan View, time=3.6 (sec)



Plan View, time=3.7 (sec)



Plan View, time=3.8 (sec)



Plan View, time=3.9 (sec)



Plan View, time=4 (sec)



Plan View, time=4.1 (sec)



Plan View, time=4.2 (sec)



Plan View, time=4.3 (sec)



Plan View, time=4.4 (sec)



Plan View, time=4.5 (sec)



Plan View, time=4.6 (sec)



Plan View, time=4.7 (sec)



Plan View, time=4.8 (sec)



Plan View, time=4.9 (sec)



**Plan View, time=5 (sec)**



Plan View, time=5.1 (sec)



Plan View, time=5.2 (sec)

**Exhibit D**

**Ejection Speed Calculations**

3-0235 — 50 SHEETS — 5 SQUARES
3-0236 — 100 SHEETS — 5 SQUARES
3-0237 — 200 SHEETS — 5 SQUARES
3-0137 — 200 SHEETS — FILLER

COMET

$$\underline{F}_{\underline{V}}{}^{O} = \underline{F}_{\underline{V}}{}^{C} + \underline{F}_{\underline{V}}{}^{O} + \underline{F}_{\underline{\omega}}{}^{V} \times \underline{r}^{VO}$$

All vectors expressed in inertial frame F

at 7 $\begin{Bmatrix} -54.6 \\ -22.8 \end{Bmatrix}$ fps + $\begin{Bmatrix} 2.11 \end{Bmatrix}$ rad/s $\cdot$ $\begin{Bmatrix} -4.28 \\ 4.02 \end{Bmatrix}$ ft

121 deg/s          r = 5.87 ft ✓

$\begin{Bmatrix} -37.2 \\ -15.5 \end{Bmatrix}$ mph

$$\underline{F}_{\underline{V}}{}^{O}\Big|_{7} = \begin{Bmatrix} -54.6 \\ -22.8 \end{Bmatrix} fps + \begin{Bmatrix} -8.50 \\ -9.03 \end{Bmatrix} fps = \begin{Bmatrix} -63.1 \\ -31.8 \end{Bmatrix} fps = \begin{Bmatrix} -43.0 \\ -21.7 \end{Bmatrix} mph$$

$$\left\| \underline{F}_{\underline{V}}{}^{O}\Big|_{7} \right\| \cong 48 \ mph$$

at 8 $\begin{Bmatrix} -46.9 \\ -7.75 \end{Bmatrix}$ fps + $\begin{Bmatrix} 3.29 \end{Bmatrix}$ rad/s $\cdot$ $\begin{Bmatrix} -5.31 \\ 2.51 \end{Bmatrix}$ ft

$\begin{Bmatrix} -31.96 \\ -5.28 \end{Bmatrix}$ mph      188.8 deg/s      r = 5.87 ft ✓

$$\underline{F}_{\underline{V}}{}^{O}\Big|_{8} = \begin{Bmatrix} -46.9 \\ -7.75 \end{Bmatrix} fps + \begin{Bmatrix} -8.26 \\ -17.5 \end{Bmatrix} fps = \begin{Bmatrix} -55.2 \\ -25.3 \end{Bmatrix} fps = \begin{Bmatrix} -37.6 \\ -17.2 \end{Bmatrix} mph$$

$$\left\| \underline{F}_{\underline{V}}{}^{O}\Big|_{8} \right\| \cong 41 \ mph$$

## Exhibit E

## Diagrams of Occupant Kinematics
## and Velocity Vector Calculations

# Zeolla's Movement to His Right

Occupant Movement

left side of vehicle

Right rear window: Zeolla's ejection portal

right side of vehicle

Mario Zeolla

Noah Sorenson

Vehicle Motion

Delta V Biomechanics

1

# Zeolla's Movement to His Right



Right rear window: Zeolla's ejection portal

right side of vehicle

Vehicle Motion

Noah Sorenson

Mario Zeolla

Occupant Movement

left side of vehicle

Delta V Biomechanics

2



# Zeolla's Movement to His Right

Delta V Biomechanics

3





**Nominal Position**

79"

206"

106" (CG)

(175#)

164#

200#

160#

67"

64"

28"

31"



**Immediately Before Right Front Impact**

79"

70"

65"

37"

29"

206"

106"(CG)

**Vehicle Velocity**

| Position | Vx | Vy | Vresultant |
|---|---|---|---|
| 7 | -31.2 | -16.8 | **35.44** |
| 8 | -29.3 | 1.2 | **29.32** |
| 9 | -23.4 | 6 | **24.16** |

**Occupant Tangential Velocity (Nominal Positions)**

|  |  |  |  | r (2nd Row) [in] | |
|---|---|---|---|---|---|
|  |  |  |  | 31 | |
|  |  |  |  | r (2nd row) [ft] | |
|  |  |  |  | 2.58 | |
| Segment | time | Yaw Rate | Yaw Rate | wxr (2nd row) | wxr (2nd row) |
|  | (s) | (deg/s) | (rad/sec) | (ft/sec) | (mph) |
| 5-6 | 0.4 | 40 | 0.698 | 1.80 | 1.23 |
| 6-7 | 0.5 | 59 | 1.030 | 2.66 | **1.81** |
| 7-8 | 0.1 | 180 | 3.142 | 8.12 | **5.53** |
| 8-9 | 0.4 | 200 | 3.491 | 9.02 | **6.15** |
| 9-10 | 0.5 | 75 | 1.309 | 3.38 | 2.31 |

**Occupant Tangential Velocity (Post Right Front Impact Positions)**

|  |  |  |  | r (2R) [in] | wxr |
|---|---|---|---|---|---|
|  |  |  |  | 37.00 | |
|  |  |  |  | r (2R) [ft] | |
|  |  |  |  | 3.08 | |
|  |  |  |  | wxr | wxr |
| Segment | time | Yaw Rate | Yaw Rate | (2R) | (2R) |
|  | (s) | (deg/s) | (rad/sec) | (ft/sec) | (mph) |
| 5-6 | 0.40 | 40.00 | 0.70 | 2.15 | 1.47 |
| 6-7 | 0.50 | 59.00 | 1.03 | 3.18 | **2.16** |
| 7-8 | 0.10 | 180.00 | 3.14 | 9.69 | **6.60** |
| 8-9 | 0.40 | 200.00 | 3.49 | 10.76 | **7.34** |
| 9-10 | 0.50 | 75.00 | 1.31 | 4.04 | 2.75 |

| r (3rd Row) [in] | |
| --- | --- |
| 67 | |
| r (3rd row) [ft] | |
| 5.58 | |
| wxr (3rd row) (ft/sec) | wxr (3rd row) (mph) |
| 3.90 | 2.66 |
| 5.75 | **3.92** |
| 17.54 | **11.96** |
| 19.49 | **13.29** |
| 7.31 | 4.98 |

| r (3R) [in] | | r (2L) [in] | | r (3L) [in] | |
| --- | --- | --- | --- | --- | --- |
| 70.00 | | 29.00 | | 65.00 | |
| r (3R) [ft] | | r (2L) [ft] | | r (3L) [ft] | |
| 5.83 | | 2.42 | | 5.42 | |
| wxr (3R) (ft/sec) | wxr (3R) (mph) | wxr (2L) (ft/sec) | wxr (2L) (mph) | wxr (3L) (ft/sec) | wxr (3L) (mph) |
| 4.07 | 2.78 | 1.69 | 1.15 | 3.78 | 2.58 |
| 6.01 | **4.10** | 2.49 | **1.70** | 5.58 | **3.80** |
| 18.33 | **12.49** | 7.59 | **5.18** | 17.02 | **11.60** |
| 20.36 | **13.88** | 8.44 | **5.75** | 18.91 | **12.89** |
| 7.64 | 5.21 | 3.16 | 2.16 | 7.09 | 4.83 |

# Vector Length Q'c (Comparing Vector lengths to longest Vector)

| Position | Proportion on paper | | Proportion of Centrifugal Forces |
|---|---|---|---|
| 6-7 | $\dfrac{1/4''}{2\frac{15}{16}''} = .085$ | | $\dfrac{14\ lbs}{146\ lbs} = .096$ |
| 7-8 | $\dfrac{2\frac{3}{8}''}{2\frac{15}{16}''} = .809$ | | $\dfrac{119\ lbs}{146\ lbs} = .815$ |
| 8-9 | $\dfrac{2\frac{15}{16}''}{2\frac{15}{16}''}$ | | $146\ lbs$ |
| 9-10 | $\dfrac{\frac{7}{16}''}{2\frac{15}{16}''} = .149$ | | $\dfrac{21\ lbs}{146\ lbs} = .144$ |

Zeolla v Ford

Centrifugal Forces for 2L occupant

Position 6-7:

$W$ (Yaw Rate): 59 deg/s $\approx$ 1.02974 rad/s

m = Mass = 160 lbs = 72.57 kg

$r$ = 31" inches = 0.7874 m

$a = \omega^2 r = (1.02974)^2 (0.7874) = .835$ m/s²

$F = ma = (72.57)(.835) = 60.596$ N

60.596 N = 13.6 lbs $\approx$ 14 lbs

$\dfrac{13.6 \text{ lbs}}{160 \text{ lbs}} = .085$ G's $\approx$ .09 G's

Position 7-8

$W = 180$ deg/s = 3.1416 rad/s

$r = 29$ inches = .7366 meters

$a = \omega^2 r = 7.27$ m/s²

$F = ma = 527.58$ N = 118.6 lbs

$\approx$ 119 lbs

$\dfrac{118.6 \text{ lbs}}{160 \text{ lbs}} = .74$ G's

Position   8-9

$\omega = 200$ deg/s $= 3.49$ rad/s

$m = 72.57$ kg

$r = 29$ in $= .7366$ m

$a = \omega^2 r = 8.98$ m/s$^2$

$F = ma = (8.98)(72.57) = 651.33$ N

$\qquad\qquad\qquad\qquad = 146.43$ lbs

$\qquad\qquad\qquad\qquad \approx \underline{146 \text{ lbs}}$

$\dfrac{146 \text{ lbs}}{160 \text{ lbs}} = .9125 \text{ G's} \approx .91 \text{ G's}$

Position   9-10

$\omega = 75$ deg/s $= 1.31$ rad/s

$r = 29$ in $= .7366$ m

$a = \omega^2 r = 1.262$ m/s$^2$

$F = ma = (1.262)(72.57) = 91.59$ N

$\qquad\qquad\qquad\qquad = \underline{20.59 \text{ lbs}}$

$\qquad\qquad\qquad\qquad \approx \underline{21 \text{ lbs}}$

$\dfrac{21 \text{ lbs}}{160 \text{ lbs}} = .131 \text{ G's} \approx .13 \text{ G's}$

Comparing all vector lengths to longest line
(actual of 206" and 9¼" on paper)

① $\dfrac{106"}{206"} = .515$      $\dfrac{4\frac{3}{4}"}{9\frac{1}{4}"} = .514$

② $\dfrac{31"}{206"} = .150$      $\dfrac{1\frac{3}{8}"}{9\frac{1}{4}"} = .149$

③ $\dfrac{28"}{206"} = .136$      $\dfrac{1\frac{1}{4}"}{9\frac{1}{4}"} = .135$

④ $\dfrac{67"}{206"} = .325$      $\dfrac{3"}{9\frac{1}{4}"} = .324$

⑤ $\dfrac{64"}{206"} = .311$      $\dfrac{2\frac{7}{8}"}{9\frac{1}{4}"} = .311$

⑥ $\dfrac{79"}{206"} = .383$      $\dfrac{3\frac{5}{8}"}{9\frac{1}{4}"} = .392$

Comparing all vector lengths to longest Line,
(actual of 206" and $9\frac{1}{4}$" on paper)

① $\dfrac{106"}{206"} = .515$    $\dfrac{4\frac{3}{4}"}{9\frac{1}{4}"} = .514$

② $\dfrac{37"}{206"} = .180$    $\dfrac{1\frac{5}{8}"}{9\frac{1}{4}"} = .176$

③ $\dfrac{29"}{206"} = .141$    $\dfrac{1\frac{1}{4}"}{9\frac{1}{4}"} = .135$

④ $\dfrac{70"}{206"} = .340$    $\dfrac{3\frac{1}{8}"}{9\frac{1}{4}"} = .338$

⑤ $\dfrac{65"}{206"} = .316$    $\dfrac{2\frac{7}{8}"}{9\frac{1}{4}"} = .311$

⑥ $\dfrac{79"}{206"} = .383$    $\dfrac{3\frac{5}{8}"}{9\frac{1}{4}"} = .392$