AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Massachusetts

CHRISTINE ZEOLLA
V.
FORD MOTOR COMPANY

## EXHIBIT AND WITNESS LIST

Case Number: 4:09-CV-40106-FDS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| F. Dennis SAYLOR, IV | M. MOLLER, J. GREEN, J. MUSACCHIO | J. CAMPBELL, D. ROGERS, M. BYERS |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| March 4, 2013 - March 25, 2013 | Valerie O'HARA | Pietro CICOLINI |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | 3/5/13 | X | X | Police photos from accident scene (76 total photos) |
| W1 | | 3/5/13 | | | **Darren DEJONG - Mass. state police responder/investigator** |
| | 41 | 3/5/13 | X | X | Computer generated accident reconstruction drawing |
| 1 | | 3/5/13 | X | X | Southborough Mass. Fire Dept. EMT Report by Chris Shanahan dated 6/2/2007 |
| W2 | | 3/5/13 | | | **Chris SHANAHAN - Southborough, MA, Fire Dept. Responder** |
| 3 | | 3/6/13 | X | X | Massachusetts State Police collision reconstruction report dated 6/24/2007 |
| W3 | | 3/6/13 | | | **John JAKUBOWSKI - Mass. state police responder/investigator** |
| | 305.1 | 3/6/13 | X | X | Accident reconstruction diagram by Trooper Jakubowski |
| | 305.2 | 3/6/13 | X | X | Acc. reconstruction diagram by Trooper Jakubowski with add'l notations/measurements |
| | 50.13A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.15A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.50A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.51A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.54A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.55A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.56A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.63A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.64A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.65A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.66A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.69A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.70A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| CHRISTINE ZEOLLA | | | vs. | FORD MOTOR COMPANY | CASE NO. 4:09-CV-40106-FDS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 50.71A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.72A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.73A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.74A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| | 50.76A | 3/6/13 | X | X | Accident photo shown to Trooper Jakubowski at deposition |
| W4 | | 3/6/13 | | | **Playback of 5/25/2010 video recording of Jason SOUTHWORTH'S deposition\*** |
| | -- | | | | *due to technical difficulties, the deposition recording was not fully shown, but was restarted from the break point |
| | -- | | | | on 3/7/2013, and then completed on 3/8/2013. |
| W5 | | 3/6/13 | | | **Playback of 12/22/2010 video recording of Larry FREDERICK'S deposition** |
| W6 | | 3/7/13 | | | **Michael GILBERT - expert in liability and accident reconstruction** |
| 53 | | 3/7/13 | X | X | Gilbert's computer representation diagram of damage to the vehicle |
| 56 | | 3/7/13 | X | X | Gilbert's photo of rear-right tail lamp |
| | A | 3/7/13 | X | | Atty Campbell's drawing of impact angle between barrier and vehicle. |
| | 2002.3 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (front left) |
| | 2002.4 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (front left) |
| | 2002.7 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (rear left) |
| | 2002.8 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (rear left) |
| 2002.13 | | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (front right) |
| | 2002.17 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (hood left) |
| | 2002.20 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (sunroof left) |
| | 2002.21 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (rear left) |
| | 2002.27 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (roof from the rear) |
| | 2002.34 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (sunroof right) |
| | 2002.36 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (hood right) |
| | 2002.40 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (hood front) |
| | 2002.151 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (left rear window) |
| | 2002.152 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (roof rack - left rear) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| CHRISTINE ZEOLLA | | vs. | | FORD MOTOR COMPANY | CASE NO. 4:09-CV-40106-FDS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 2002.422 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (roof left- view from the front) |
|  | 2002.427 | 3/7/13 | X | X | Gilbert's inspection photo of vehicle damage (closeup of roof) |
| B |  | 3/8/13 | X |  | Croteau's computer generated accident reconstruction diagram. |
| W7 |  | 3/8/13 |  |  | **Playback of 12/22/2010 video recording of Joseph HARRIGAN'S deposition** |
| W8 |  | 3/8/13 |  |  | **Playback of 11/11/2010 video recording of Jack RIDENOUR'S deposition** |
| W9 |  | 3/8/13 |  |  | **Playback of 12/8/2010 video recording of Nicholas BARACOS' deposition*** |
|  |  | -- |  |  | *playback paused before the recess on 3/8/13 and continued on 3/11/2013 |
| W10 |  | 3/11/13 |  |  | **John KIMINISKI, Jr. - witness to incident** |
|  | C | 3/11/13 | X |  | Atty Campbell's mark up of computer generated diagram |
| W11 |  | 3/11/13 |  |  | **Dr. Martha BIDEZ - expert in liability and accident reconstruction** |
| 57 |  | 3/11/13 | X | X | Bidez inspection photos and notes (85 photos and set of notes at the end ) |
| 58 |  | 3/11/13 | X | X | Inversion study photos (30 photos) |
| 5 |  | 3/11/13 | X | X | Medical Records |
| 6 |  | 3/11/13 | X | X | Medical Records |
|  | 310 | 3/11/13 | X | X | PCP Bethlehem Family medical record dated 1/24/2005 re Mario Zeolla.height/weight |
|  | D | 3/11/13 | X |  | Computer generated diagram of the vehicle at position 10 in the Croteau diagram |
|  | 891 | 3/12/13 | X | X | Copy of Mario Zeolla's driver's license |
| 2 |  | 3/12/13 | X | X | Mass. State Police Crash Report re 6/2/2007 accident on Rte. 90 at Southboro |
| 8 |  | 3/12/13 | X | X | Ford Expedition window sales sticker |
| 9 |  | 3/12/13 | X | X | 2004 Ford Expedition sales brochure |
| 19 |  | 3/12/13 | X | X | Engineering drawing of 3rd row for the Ford Expedition |
| 24 |  | 3/12/13 | X | X | Ford document: 1998 Enabling Funds project presentation |
| 25 |  | 3/12/13 | X | X | Ford document: 5/5/1998 Meeting minutes #4 re U222/228 by Ted Kolar |
| 26 |  | 3/12/13 | X | X | Ford document: U222 Note log (printed 6/25/1998) |
| 27 |  | 3/12/13 | X | X | Ford document: Ford/AutoLiv U222/228 chart |
| 28 |  | 3/12/13 | X | X | Ford document:U222/U228 Inflatable Curtain/Sensor System - Case Study (10/29/1998) |
| 29 |  | 3/12/13 | X | X | Ford document: 4/21/1999 Car-Truck Compatibility |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| CHRISTINE ZEOLLA | | vs. | | FORD MOTOR COMPANY | CASE NO. 4:09-CV-40106-FDS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | 3/12/13 | X | X | Ford document: 10/16/2000 Proposed alternatives for 3rd row occupant enhanced ejection ... protection |
| 31 | | 3/12/13 | X | X | Ford document: 3rd row Curtain implementation Expedition/Navigator (10/24/2000) |
| 32 | | 3/12/13 | X | X | Ford document: 10/18/2000 email from Karen Balavich re U222/U228 3rd row air curtain |
| 33 | | 3/12/13 | X | X | Ford document: 11/14/2000 Ford Rollover Curtain Strategy |
| 34 | | 3/12/13 | X | X | Ford document: 6/18/1999 Draft document entitled "Ford to Offer SUV Rollover Protection Package" |
| 35 | | 3/12/13 | X | X | Ford document: 10/25/2000 email from Karen Balavich re U111/U228 3rd Row Air Curtain |
| W12 | | 3/12/13 | | | **Deposition testimony of Karen BALAVICH read into the record** |
| E | | 3/12/13 | X | | 2004 Ford Expedition (U222) photo with Safety Canopy and other portions labeled |
| W13 | | 3/12/13 | | | **Steve BATZER - expert in liability and accident reconstruction** |
| | 1501 | 3/12/13 | X | X | Photo of 3rd Row Regulator (right rear and left rear) |
| | 1502 | 3/12/13 | X | X | Photo of 3rd Row Regulator |
| | 1503 | 3/12/13 | X | X | Photo from Carhart Deposition (dep. Exhibit 14) |
| W14 | | 3/12/13 | | | **Deposition testimony of Michael LEIGH from 6/11/2010 read into the record** |
| W15 | | 3/12/13 | | | **Playback of 10/14/2010 video recording of Steven BEANE's deposition*** |
| | | -- | | | *playback paused before the recess on 3/12/13 and continued on 3/13/2013 |
| 7 | | 3/13/13 | X | X | 2004 Ford Expedition user manual |
| 20 | | 3/13/13 | X | X | Ford Document: re "Benefits of Laminated Glass for Occupant Ejection Mitigation" |
| 21 | | 3/13/13 | X | X | Ford Document: 3/12/1999 Email from Stacie Conners re U222/228 Laminated Glass |
| 23 | | 3/13/13 | X | X | Ford Document: Draft document re third row ejection mitigation measures |
| W16 | | 3/13/13 | | | **Playback of 5/25/2010 video recording of Brenden O'HARA's deposition** |
| W17 | | 3/13/13 | | | **Playback of 12/17/2010 video recording of Angela DOMINELLI's deposition** |
| 45 | | 3/13/13 | X | X | 2/10/2006 Promotion and Tenure Report re Mario Zeolla |
| 46 | | 3/13/13 | X | X | Mario Zeolla's curium vitae |
| 47 | | 3/13/13 | X | X | 4/30/2007 professional evaluation re Mario Zeolla |
| W18 | | 3/13/13 | | | **Thomas BAROCCI - expert in damages** |
| 49 | | 3/13/13 | X | X | Tax returns 2007 |
| 48 | | 3/13/13 | X | X | Zeolla family photos (19 photos) |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| CHRISTINE ZEOLLA | | VS. | | FORD MOTOR COMPANY | CASE NO. 4:09-CV-40106-FDS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| W19 | | 3/13/13 | | | **Christine ZEOLLA - plaintiff** |
| | | 3/13/13 | | | – PLAINTIFF RESTS – |
| | W1 | 3/18/13 | | | **Nicholas BARACOS, Jr. - Ford employee concerning liability.** |
| | W2 | 3/18/13 | | | **Jeff CROTEAU - accident reconstruction expert** |
| | 992 | 3/18/13 | X | X | Police photos with Croteau's annotations (6 photos: 992.1-992.6) |
| | 991 | 3/18/13 | X | X | Zeolla 2004 Ford Expedition photographs and vehicle information |
| | 993 | 3/18/13 | X | X | Expedition Left Side Damage (annotated Croteau VI photographs) |
| | 1006.107 | 3/18/13 | X | X | Croteau Photo |
| | 1006.122 | 3/18/13 | X | X | Croteau Photo |
| | 1006.3 | 3/18/13 | X | X | Croteau Photo |
| | 994 | 3/18/13 | X | X | Expedition Right Side Damage (annotated Croteau VI photograph) |
| | 322 | 3/18/13 | X | X | Restraint Control Module Data Report |
| | 996 | 3/18/13 | X | X | Reconstructed Accident Sequence overlaid vehicle positions and table |
| | 997 | 3/18/13 | X | X | Croteau AR Sequence Slides 1-11 (997.1-997.11) |
| | 669 | 3/18/13 | X | X | Vector calculations - Right front barrier impact PDOF |
| | 702 | 3/18/13 | X | X | Vector calculations - Right front barrier impact Row 3 Right side velocity |
| | F-O | 3/18/13 | X | | 'Chalks' from Croteau testimony (F-O, 391.7, 348.1, 348.2, 1012, 357.1-357.21) |
| | W3 | 3/20/13 | | | **Dr. Michael R. CARHART - Expert on Glazing and Safety Canopy** |
| | 882.15 | 3/20/13 | X | | Carhart investigation photo |
| | 882.19 | 3/20/13 | X | | Carhart investigation photo |
| | 882.17 | 3/20/13 | X | | Carhart investigation photo |
| | 882.20 | 3/20/13 | X | | Carhart investigation photo |
| | 882.22 | 3/20/13 | X | | Carhart investigation photo |
| | 882.2 | 3/20/13 | X | | Carhart investigation photo |
| | 882.8 | 3/20/13 | X | | Carhart investigation photo |
| | 880.8 | 3/20/13 | X | | Carhart investigation photo |
| | 880.9 | 3/20/13 | X | | Carhart investigation photo |

%AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | CHRISTINE ZEOLLA | | VS. | FORD MOTOR COMPANY | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | \multicolumn{2}{c}{4:09-CV-40106-FDS} |
| | | | | | DESCRIPTION OF EXHIBITS AND WITNESSES | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 880.14 | 3/20/13 | X | | Carhart investigation photo |
| | 880.10 | 3/20/13 | X | | Carhart investigation photo |
| | 886.2.30 | 3/20/13 | X | | Carhart investigation photo |
| | 880.11 | 3/20/13 | X | | Carhart investigation photo |
| | 880.12 | 3/20/13 | X | | Carhart investigation photo |
| | 880.20 | 3/20/13 | X | | Carhart investigation photo |
| | 880.22 | 3/20/13 | X | | Carhart investigation photo |
| | 880.23 | 3/20/13 | X | | Carhart investigation photo |
| | 880.21 | 3/20/13 | X | | Carhart investigation photo |
| | 887.6.16 | 3/20/13 | X | | Slides of Carhart video creation process |
| | 887.6.17 | 3/20/13 | X | | Slides of Carhart video creation process |
| | 887.6.18 | 3/20/13 | X | | Slides of Carhart video creation process |
| | 887.6.18A | 3/20/13 | X | | Slides of Carhart video creation process |
| | 887.6.2 | 3/20/13 | X | | Slides of Carhart video creation process |
| | 887.6.3 | 3/20/13 | X | | Slides of Carhart video creation process |
| | 887.6.3A | 3/20/13 | X | | Slides of Carhart video creation process |
| | 887.7. | 3/20/13 | X | | Slides of Carhart video creation process (887.7.22 - 887.7.63) |
| | 887.1 | 3/20/13 | X | | Carhart Computer generated video of accident (view facing east) |
| | 887.2 | 3/20/13 | X | | Carhart Computer generated video of accident (overhead view) |
| | K | 3/20/13 | X | | Example flip window car parts |
| | L | 3/2013 | X | | Example flip window car parts - intentionally broken. |
| | 887.3 | 3/20/13 | X | | Carhart Computer generated video of accident (overhead view w/o occupants) |
| | 887.4 | 3/20/13 | X | | Carhart Computer generated video of accident (overhead view - glass breakage focus) |
| | 887.5 | 3/20/13 | X | | Carhart Computer generated video of accident (view facing east - glass breakage focus) |
| | 887.9 | 3/20/13 | X | | Carhart Computer generated video of accident (view facing east - glass breakage focus w/ occupants) |
| | 338 | 3/20/13 | X | X | FMVSS 205 Certification Files 2004 205 (1st three pages of report only) |
| | M | 3/20/13 | X | | Example of right rear quarter panel and flip window of Ford Expedition |

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

CHRISTINE ZEOLLA   VS.   FORD MOTOR COMPANY   CASE NO. 4:09-CV-40106-FDS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | N | 3/20/13 | X |  | Blowup board of position 6-11 in the Croteau accident reconstruction diagram |
| 11 |  | 3/21/13 | X | X | Characterizations of Pre-Roll Events of SUVs: Data and Analysis. June 2004 (redacted) |
| 12 |  | 3/21/13 | X | X | Ford Document - Redacted. "Rollover Gen 3 Big Bang Project #302" (revised 8/14/03) |
| 13 |  | 3/21/13 | X | X | Rollover Car Methodology Development: Advanced Safety Review Meeting (7/28/1998) |
| 15 |  | 3/21/13 | X | X | Ford Document - Redacted. Dated 8/2/1999. Background Reading for Safety meeting |
|  | W4 | 3/21/13 |  |  | **Dr. Elizabeth RAPHAEL, MD** |
|  | 1010 | 3/21/13 | X |  | Chalks used throughout Dr. Raphael's testimony |
|  |  | 3/21/13 |  |  | – DEFENDANT RESTS – |

Page 7 of 7 Pages