UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTINE ZEOLLA

Plaintiff(s)

v.   CIVIL ACTION NO. 4:09-40106-FDS

FORD MOTOR COMPANY

Defendant(s)

**JUDGMENT IN A CIVIL CASE**

SAYLOR, D.J.

☑ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT FOR THE DEFENDANT FORD MOTOR COMPANY.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 3/25/2013    By /s/ Pietro Cicolini
Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

(Judgment Civil.wpd - 3/7/2005)