AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| CHRISTINE ZEOLLA, Individually and as<br>Administratrix of the Estate of Mario Zeolla<br>v.<br>Ford Motor Company | )<br>)<br>)<br>)<br>) | Case No.: 4:09-CV-40106-FDS |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____03/25/2013_____ against _Plaintiff, Christine Zeolla_ ,
                                                        *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ............................... | 337.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 7,757.83 |
| Fees and disbursements for printing ..................................... | |
| Fees for witnesses *(itemize on page two)* ................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................ | 248.62 |
| Docket fees under 28 U.S.C. 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals ........................... | |
| Compensation of court-appointed experts ............................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ......................................... | 25,949.00 |
| TOTAL    $ | 34,292.45 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

    [✓]  Electronic service        [✓]  First class mail, postage prepaid

    [ ]  Other: _____

    s/ Attorney: _____

        Name of Attorney:  _David M. Rogers_____

For:  _Ford Motor Company_____        Date: **5/10/13**
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
    *Clerk of Court*                   *Deputy Clerk*              *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE ZEOLLA, Individually and as Administratrix of the Estate of Mario Zeolla, Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 4:09-CV-40106-FDS<br>)<br>)<br>)<br>) |

## DEFENDANT FORD MOTOR COMPANY'S
## IEMTIZATION OF BILL OF COSTS

The defendant Ford Motor Company hereby submits the following itemization of its

claimed Bill of Costs:

### Service and Subpoena

| 7/12/10 | Service of Deposition Subpoenas on Trooper DeJong and Trooper Jakubowski | $175.00 |
|---|---|---|
| 2/19/13 | Service of Trial Subpoenas on Trooper DeJong and Trooper Jakubowski | $162.00 |

### Fees for Transcripts Obtained for Use in Case

| 8/01/10 | Order Transcripts of Mr. O'Hara's and Mr. Southworth's Depositions | $399.80 |
|---|---|---|
| 10/26/10 | Order Transcript of Steven Beane's Deposition (includes Video) | $1,206.60 |
| 11/17/10 | Order Transcript of Jack Ridenour's Deposition (includes Video) | $1,041.68 |
| 12/30/10 | Order Transcript and Video Nicholas Baracos Deposition | $566.70 |
| 1/24/11 | Order of Transcripts of Larry Frederick and Joseph Harrigan Depositions (Includes Video) | $706.75 |

| 1/24/11 | Order of Transcript of Angela Dominelli Deposition (Includes Video) | $651.99 |
|---------|--------------------------------------------------------------------|---------|
| 7/20/11 | Order Transcript of Martha Bidez Deposition | $502.12 |
| 8/3/11 | Order Transcript of Stephen Batzer Deposition | $504.25 |
| 9/12/11 | Order Transcript of Jeff Croteau Deposition | $167.35 |
| 9/27/11 | Order Transcript of Michael Carhart Deposition | $268.20 |
| 10/5/11 | Order Transcript of Donald Tandy Deposition | $230.00 |
| 2/28/13 | Order Transcript of Final Pretrial Conference (February 27, 2013) | $539.55 |
| 3/4/13 | Order Transcript of Pre-Trial Conference (March 4, 2013) | $266.75 |
| 3/15/13 | Order Transcript of Opening Statements and Excerpt from Trial Day 3 | $393.19 |
| 3/23/13 | Order Rough Transcript of Trial Day 9 | $312.90 |

Costs of Making Copies of Any Materials Obtained for Use in Case

| 3/15/13 | Cost of Blow Up of Mark-Up Foam Boards | $86.06 |
|---------|----------------------------------------|--------|
| 3/19/13 | Cost of Blow Up of Mark-Up Foam Boards | $162.56 |

Other Costs

| 4/1/13 | InCourt Technologies Costs (4 Invoices) | $25,949.00 |
|--------|-----------------------------------------|------------|

# Fees for Service of Summons and Subpoena

TRIAL AND DEPOSITION SUBPOENAS SERVED THROUGHOUT MASSACHUSETTS

# DEWSNAP & ASSOCIATES, L.L.C.

*Process Servers - Notary Public*
*92 State Street*
**BOSTON, MA 02109**
**Phone: (617) 367-1070**
**FAX: (617) 367-1072**
**Website: www.dewsnap.com**

CAMPBELL CAMPBELL EDWARDS & CONROY
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

ATTN: **DANIEL C WARD, PAR**

INVOICE #:   DC02024

INVOICE DATE: 02/19/2013
TYPE OF
SERVICE MADE: TRIAL

DOCKET #:   DCWCC1302140147

YOUR FILE # :   888-793

PLAINTIFF:   **ZEOLLA**

            **vs.**

DEFENDANT: **FORD MOTOR COMPANY**

| Title | Served | City | Service Fee | Witness Fee |
|-------|--------|------|-------------|-------------|
| | OFFICER JOHN JAKUBOWSKI, MASS STATE POLICE REFUSED WITNESS FEE. | BELCHERTOWN | 28.00 | 0.00 |
| | OFFICER DARREN S. DeJONG | UXBRIDGE | 28.00 | 106.00 |

15412

10 9113
888-793

FEB 2 2 2013

| Payment & Correspondence Address | | |
|---|---|---|
| **DEWSNAP & ASSOCIATES, L.L.C.** | Witness Fees: | $106.00 |
| *92 State Street* | Service Fees: | $56.00 |
| **BOSTON, MA 02109** | | |
| *Federal Tax I.D. #04-3402773* | Total: | $162.00 |

Original Invoice

888-793

TRIAL AND DEPOSITION SUBPOENAS SERVED THROUGHOUT MASSACHUSETTS

# DEWSNAP & ASSOCIATES, L.L.C.

*Process Servers - Notary Public*
*92 State Street*
**BOSTON, MA 02109**
Phone: (617) 367-1070
FAX: (617) 367-1072
Website: www.dewsnap.com

CAMPBELL CAMPBELL EDWARDS & CONROY
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

ATTN: JENNIFER E MCNELLEY, PAR

INVOICE #:   DB74698

INVOICE DATE: 07/12/2010
TYPE OF
SERVICE MADE: DEPOSITION

DOCKET #:   4:09-CV-40106

YOUR FILE # :   15324

PLAINTIFF:   CHRISTINE ZEOLLA

vs.

DEFENDANT: FORD MOTOR COMPANY

| Title | Served | City | Service Fee | Witness Fee |
|-------|--------|------|-------------|-------------|
|  | TROOPER DARREN S. DeJONG | WESTON | 28.00 | 59.00 |
|  | TROOPER J.C. JAKUBOWSKI | DANVERS | 28.00 | 60.00 |

JUL 1 5 2010

DB74698
8/21/10
10
113
888-743

| Payment & Correspondence Address | |
|---|---|
| **DEWSNAP & ASSOCIATES, L.L.C.** | |
| *92 State Street* | |
| **BOSTON, MA 02109** | |
| *Federal Tax I.D. #04-3402773* | |

| Witness Fees: | $119.00 |
|---|---|
| Service Fees: | $56.00 |
| **Total:** | **$175.00** |

Original Invoice

# Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in Case



# Precision Reporting
# & Transcribing, Inc.

Post Office Box 1659   Spring Hope, N.C. 27882
**Phone: (919) 215-3257 or (252) 478-6968  Fax: (252) 478-6984**
precisionreport@embarqmail.com

### FEDERAL TAX I.D. NO: 56-1133078

### <u>INVOICE (LEGAL EXPENSE/VENDOR  BILL)</u>

INVOICE NO.: 1-2136A                   DATE:  6/1/10

CASE NAME:  ZEOLLA V. FORD

DOCKET NUMBER: Civil Action No.: 4:09-CV-40106-FDS

DEPONENT(S):  O'HARA, SOUTHWORTH

DATE(S) TAKEN: 5/25/10                                    AUG   9 2010

TO:    DAVID M. ROGERS,  ESQUIRE
       CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
       ONE CONSTITUTION PLAZA
       BOSTON, MASSACHUSETTS  02129

---

| | |
|---|---|
| 207 PAGES @ 1.90/PAGE | 393.30 |
| POSTAGE/DELIVERY TO COUNSEL | 6.50 |
| E-TRAN & COMPRESSION | <u>NO CHARGE</u> |
| **TOTAL DUE** | <u>399.80</u> |

---

AUDIO TAPES OF DEPOSITIONS  AND HEARINGS ERASED 30 DAYS
FROM DATE OF INVOICE UNLESS OTHERWISE NOTIFIED. PAYMENT
DUE WITHIN 30 DAYS OF RECEIPT OF INVOICE. PLEASE NOTE
INVOICE NUMBER WITH YOUR PAYMENT. THANK YOU FOR YOUR
BUSINESS!

PAST DUE

888-793

ACCOUNTS DEPT
CAMPBELL CAMPBELL EDWARDS & CONROY
ENTRY NO     1-2136A
DUE DATE     8/21/10
COMPONENT    2c
TASK CODE    115
CASE NO      888-793



**ESQUIRE**

Esquire Solutions - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

an Alexander Gallo Company

Toll Free (800) 866-5560
Fax (866) 590-3205



## Invoice # EQ203682

| | |
|---|---|
| **Invoice Date** | 10/26/2010 |
| **Terms** | NET 45 |
| **Payment Due** | 11/25/2010 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

DAVID ROGERS ,ESQ.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
3RD FLOOR
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/14/2010 | ZEOLLA vs. FORD | 177094 | 10/26/2010 | UPS |

| Description |
|---|
| Copy Deposition for STEVEN BEANE, 10/14/2010 (ROMULUS, MI) |
|    VIDEO |

NOV 1 5 2010

EQ 203682
12/1/10
30
115
888-793

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/10/20** | **$ 1,206.60** |
| Amount Due After 12/10/2010 | $ 1,327.26 |

Tax Number:   22-3779684



ESQUIRE

**ESQUIRE**

an Alexander Gallo Company

Esquire Solutions - Troy
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 866-5560
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## Invoice # EQ210077

| | |
|---|---|
| Invoice Date | 11/17/2010 |
| Terms | NET 45 |
| Payment Due | 12/17/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DAVID ROGERS ,ESQ.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
3RD FLOOR
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/11/2010 | ZEOLLA vs. FORD | 181989 | 11/16/2010 | UPS |

**Description**

Copy Deposition for JACK RIDENOUR, 11/11/2010 (ROMULUS, MI)

VIDEO

NOV 29 2010

EQ210077
12|8|10
20
115
888-793

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/01/20** | **$ 1,041.68** |
| Amount Due After 01/01/2011 | $ 1,145.85 |

Tax Number:   22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | EQ210077 |
| Payment Due: | 12/17/2010 |
| **Amount Due On/Before 01/01/2011** | **$ 1,041.68** |
| Amount Due After 01/01/2011 | $ 1,145.85 |

ESQUIRE

an Alexander Gallo Company

DAVID ROGERS ,ESQ.
CAMPBELL, CAMPBELL, EDWARDS & CONROY,
PC
3RD FLOOR
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

069 0000210077 11172010 3 000104168 9 12172010 01012011 9 000114585 89



Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (888) 486-4044
Fax (866) 590-3205

### *Invoice # CSD222911*

| Invoice Date | 12/30/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 01/29/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | C# 60733 |

DAVID ROGERS ,ESQ.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
3RD FLOOR
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/08/2010 | ZEOLLA vs. FORD | 199497 | 12/23/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 12/08/2010, NICHOLAS BARACOS (ROMULUS, MI) | |
| ONE COPY OF TRANSCRIPT (205 Pages) | $ 561.70 |
| VIDEO | $ 140.00 |
| | $ 701.70 |
| | |
| CSD-SHIPPING | $ 5.00 |
| | $ 5.00 |

CSD222911    JAN 07 2011

1/15/4
20
115
888-793

| | |
|---|---|
| *THANK YOU* | Tax: $ 0.00 |
| | Paid: $ 0.00 |
| **Amount Due On/Before 02/13/2011** | **$ 706.70** |
| Amount Due After 02/13/2011 | $ 777.37 |

Tax Number:   22-3779684

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA   DISCOVER   AMERICAN

| Invoice #: | CSD222911 |
|---|---|
| Payment Due: | 01/29/2011 |
| **Amount Due On/Before 02/13/2011** | **$ 706.70** |
| Amount Due After 02/13/2011 | $ 777.37 |

**ESQUIRE**
an Alexander Gallo Company

DAVID ROGERS ,ESQ.
CAMPBELL, CAMPBELL, EDWARDS & CONROY,
PC
3RD FLOOR
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

**Remit to:**

Esquire Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

076 0000222911 12302010 5 000070670 3 01292011 02132011 0 000077737 75

888-793

ESQUIRE



**ESQUIRE**
an Alexander Gallo Company

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (866) 619-3925
Fax (866) 590-3205

### *Invoice # JD229067*

| | |
|---|---|
| **Invoice Date** | 01/24/2011 |
| **Terms** | NET 45 |
| **Payment Due** | 02/23/2011 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

DAVID ROGERS ,ESQ.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
3RD FLOOR
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/22/2010 | ZEOLLA vs. FORD | 131519 | 01/21/2011 | UPS |

| Description |
|---|
| Copy Deposition for LARRY FREDERICK, 12/22/2010 (ALBANY, NY) |
| Copy Deposition for JOSEPH HARRIGAN, 12/22/2010 (ALBANY, NY) |
|    VIDEO |

JAN 31 2011

JD 229067
2/13/11
20
115
888-793

| | |
|---|---|
| *VIDEO SURCHARGE APPLIED* | **Tax:** $ 0.00 |
| | **Paid:** $ 0.00 |
| | **Amount Due On/Before 03/10/20**    **$ 706.75** |
| | Amount Due After 03/10/2011    $ 777.43 |

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | JD229067 |
| Payment Due: | 02/23/2011 |
| **Amount Due On/Before 03/10/2011** | **$ 706.75** |
| Amount Due After 03/10/2011 | $ 777.43 |

**ESQUIRE**
an Alexander Gallo Company

DAVID ROGERS ,ESQ.
CAMPBELL, CAMPBELL, EDWARDS & CONROY,
PC
3RD FLOOR
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001  0000229067  01242011  6  000070675  5  02232011  03102011  8  000077743  58

888-793



ESQUIRE
an Alexander Gallo Company

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



## Invoice # JD229179

| Invoice Date | 01/24/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 02/23/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DAVID ROGERS ,ESQ.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
3RD FLOOR
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/17/2010 | ZEOLLA vs. FORD | 193343 | 01/18/2011 | UPS |

| Description |
|---|
| Copy Deposition for ANGELA DOMINELLI, 12/17/2010 (ALBANY, NY) |
|    VIDEO |

JD 229179
2/19/11
20
11 5
888-793

JAN 31 2011

*VIDEO SURCHARGE APPLIED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/10/20** | **$ 651.99** |
| Amount Due After 03/10/2011 | $ 717.19 |

Tax Number:   20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**


VISA  AMERICAN EXPRESS  DISCOVER  MasterCard

ESQUIRE
an Alexander Gallo Company

DAVID ROGERS ,ESQ.
CAMPBELL, CAMPBELL, EDWARDS & CONROY,
PC
3RD FLOOR
ONE CONSTITUTION PLAZA
BOSTON, MA 02129

| Invoice #: | JD229179 |
|---|---|
| Payment Due: | 02/23/2011 |
| **Amount Due On/Before 03/10/2011** | **$ 651.99** |
| Amount Due After 03/10/2011 | $ 717.19 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001  0000229179  01242011  5  000065199  6  02232011  03102011  8  000071719  89

JOL 25 2011

# INVOICE

Bain & Associates
Court Reporting Service, Inc.
505 North 20th Street, Suite 1250
Birmingham AL  35203
Phone:205-322-0592   Fax:205-251-4824

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19970 | 7/20/2011 | 12477 |
| Job Date | | Case No. |
| 7/14/2011 | | |

| Case Name |
|---|
| Christine Zeolla v. Ford Motor Company  *888-793* |

| Payment Terms |
|---|
| Due upon receipt |

David Rogers
Campbell, Campbell, Edwards & Conroy
1 Constitution Center
3rd Floor
Boston MA  02129

Original Deposition
   Martha Bidez                     124.00  Pages       390.60
      Half Day Per Diem           60.00
      Digital Lit Support         25.00
      Fed Ex                  26.52

                               TOTAL DUE  >>>     **$502.12**

*ACCOUNTING DEPT*
*CAMPBELL CAMPBELL EDWARDS & CONROY*

ENTRY NO.
DUE DATE  *8/13*
COMPONENT  *20*
TASK CODE  *CW*
CASE NO.  *888-793*

**Tax ID:** 63-1037727

*Please detach bottom portion and return with payment.*

David Rogers
Campbell, Campbell, Edwards & Conroy
1 Constitution Center
3rd Floor
Boston MA  02129

| | | |
|---|---|---|
| Invoice No. | : | 19970 |
| Invoice Date | : | 7/20/2011 |
| **Total Due** | : | **$ 502.12** |

Remit To:  **Bain & Associates**
              **Court Reporting Service, Inc.**
              **505 North 20th Street, Suite 1250**
              **Birmingham AL  35203**

| | | |
|---|---|---|
| Job No. | : | 12477 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Christine Zeolla v. Ford Motor Company |

# INVOICE



## PROFESSIONAL
## REPORTERS
(800) 376-1006   Fax (405) 272-0559

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 84154 | 8/3/2011 | 69241 |
| **Job Date** | **Case No.** | |
| 7/27/2011 | 21411 | |
| **Case Name** | | |
| Zeolla vs. Ford  -888-793 | | |
| **Payment Terms** | | |
| Net 30 days | | |

David Rogers
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Third Floor
Boston MA  02129

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Stephen Batzer                                                                504.25

**TOTAL DUE >>>**                                              **$504.25**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN ORIGINAL AND ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

ACCOUNTING DEPT
CAMPBELL CAMPBELL EDWARDS & CONROY

ENTRY
DUE D           9/17    26
COMPONENTS                    $113
TASK C
CASE            888-793

**Tax ID: 73-1253064**

*Please detach bottom portion and return with payment.*

David Rogers
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Third Floor
Boston MA  02129

Job No.    : 69241              BU ID          : 2-Arkansas
Case No.   : 21411
Case Name  : Zeolla vs. Ford

Invoice No.  : 84154              Invoice Date  : 8/3/2011
**Total Due  : $ 504.25**

Remit To:  **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

**PAYMENT WITH CREDIT CARD**     AMEX    VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

SEP 1 3 2011

**KACZYNSKI REPORTING**
**72 CHANDLER STREET**
**BOSTON, MASSACHUSETTS  02116**
**(617) 426-6060**

ENTRY NO.
DUE DATE  10/15
COMPONENTS        20
TAX CODE              218
CASE NO.     888·793

DAVID M. ROGERS, ESQ.                     Date:    9/12/11
Campbell Campbell Edwards & Conroy        Due Date:  10/12/11
One Constitution Plaza, Third Floor       NET TERM:  30 Days
Boston, MA  02129                         INVOICE #  11-428

# 888-793  Christine Zeolla, Individually and as Administratrix of the
Estate of Mario Zeolla v. Ford Motor Company

Deposition of Jeffrey Croteau
    Date Taken:  8/23/11
    Pages:   49 @ $2.60 per page (copy)          $127.40
    Condensed Transcript/CD (ASCII)               $25.00
    e-transcript                                  $10.00
    Priority Mail                                  $4.95

                        **TOTAL AMOUNT DUE:**  **$167.35**

MAKE CHECK PAYABLE TO MICHELLE KACZYNSKI
FEDERAL I.D. NUMBER #04-3536004

Please tear off stub and return with payment.

| Invoice No. | Amount Due: | Mail to: |
|---|---|---|
| 11-428 | $167.35 | Kaczynski Reporting |
| | | 72 Chandler Street |
| | | Boston, MA  02116 |

OCT 03 2011

# I N V O I C E



**Glennie**
Reporting Services

*7330 North 16th Street, Suite C-202*
*Phoenix, Arizona 85020-5275*
*602.266.6535 Phone ▲ 602.266.9661 Fax*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14328 | 9/27/2011 | 11546 |
| **Job Date** | **Case No.** | |
| 9/16/2011 | 4:09-CV-40106-FDS | |
| **Case Name** | | |
| Zeolla v. Ford Motor Company  *888-793* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David M. Rogers, Esq.
CAMPBELL, CAMPBELL, EDWARDS & CONROY
One Constitution Plaza
Third Floor
Boston, MA  02129

E-TRANSCRIPT ONLY (in lieu of certified hard copy)
   Michael R. Carhart, Ph.D.
     E-TRANSCRIPT

|  |  |  |
|---|---|---|
| 76.00  Pages | | 243.20 |
| | | 25.00 |
| **TOTAL DUE  >>>** | | **$268.20** |

10/15  20  ELLS
888-793

**Tax ID:** 86-0816978

          Phone: 617-241-3000   Fax:

*Please detach bottom portion and return with payment.*

David M. Rogers, Esq.
CAMPBELL, CAMPBELL, EDWARDS & CONROY
One Constitution Plaza
Third Floor
Boston, MA  02129

| | | |
|---|---|---|
| Invoice No. | : | 14328 |
| Invoice Date | : | 9/27/2011 |
| **Total Due** | : | **$ 268.20** |

Remit To: **Glennie Reporting Services, LLC**
         **7330 North 16th Street**
         **Suite C-202**
         **Phoenix, AZ  85020**

| | | |
|---|---|---|
| Job No. | : | 11546 |
| BU ID | : | 1-MAIN |
| Case No. | : | 4:09-CV-40106-FDS |
| Case Name | : | Zeolla v. Ford Motor Company |

OCT 11 2011

# I N V O I C E

po Dynamics
301 Ranch Road 620 North
Suite 155 - #385
Austin, TX  78726
Phone:(888) 494-3370   Fax:(800) 978-1344

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6099 | 10/5/2011 | 94002 |
| **Job Date** | **Case No.** | |
| 9/1/2011 | 4:09-CV-40106-FDS | |
| **Case Name** | | |
| Christine Zeolla vs. Ford Motor Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*888-793*

David M. Rogers
Campbell, Campbell, Edwards & Conroy
One Constitution Center
Third Floor
Boston, MA  02129

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Donald F. Tandy                                                    230.00

                                                    **TOTAL DUE  >>>**        **$230.00**

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT PAYMENT.  By accepting receipt of the transcript and/or court reporting services identified above, the attorney/law firm invoiced above accepts liability for its payment.  Thank you for choosing Depo Dynamics.

10/15   20   513   888-793

**Tax ID:** 20-8421404                                                    Phone:    Fax:

*Please detach bottom portion and return with payment.*

David M. Rogers
Campbell, Campbell, Edwards & Conroy
One Constitution Center
Third Floor
Boston, MA  02129

Invoice No.   :  6099
Invoice Date  :  10/5/2011
**Total Due**     :  **$ 230.00**

Remit To: **Depo Dynamics**
          **7301 Ranch Road 620 North**
          **Suite 155 - #385**
          **Austin, TX  78726**

Job No.    :  94002
BU ID      :  1-MAIN
Case No.   :  4:09-CV-40106-FDS
Case Name  :  Christine Zeolla vs. Ford Motor Company

Valerie A. O'Hara
Official Court Reporter
John Joseph Moakley United States Courthouse
One Courthouse Way, Room 3204
Boston, MA 02210
e-mail: vaohara@gmail.com

DATE:  February 28, 2013

Invoice No. 3021

TO:


Campbell, Campbell, Edwards & Conroy, P.C.
DAVID M. ROGERS, ESQ.
One Constitution Center, Boston, Massachusetts  02129


Christine zeolla, Individually and as Administratrix of
the Estate of Mario Zeolla,      888-793
vs.
Ford Motor Company

No. 09-40106-FDS
Final Pretrial Conference - February 27, 2013
Total - 99 pages

99 pages @ $4.85:                    $480.15
E-transcript @.60:                    59.40
                                     -------

                                     $539.55

THANK YOU.




S3390
3116
12080
20 8124   MAR 0 4 2013
688-793

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MASSACHUSETTES

INVOICE NO:  00000644

**MAKE CHECKS PAYABLE TO:**

David M. Rogers
Campbell, Campbell, Edwards & Conro
One Constitution Plaza
Third Floor
Boston, MA 02129

Phone:

Catherine A. Handel, RPR,CM, CRR
Federal Official Court Reporter
J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Phone:  (617) 261-0555

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 03-01-2013 | 03-04-2013 |

**Case Style:** 09-40106-FDS, Christine Zeolla v Ford Motor Company
Pretrial Conference held before Judge Saylor on March 1, 2013.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 55 | 4.85 | 266.75 | | | | | | | 266.75 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 266.75 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $266.75 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| */s/Catherine A. Handel* | 03-04-2013 |

*(All previous editions of this form are
cancelled and should be destroyed)*

1                       Valerie A. O'Hara
                       Official Court Reporter
2        John Joseph Moakley United States Courthouse
                   One Courthouse Way, Room 3204
3                       Boston, MA 02210
                   e-mail: vaohara@gmail.com
4

5    DATE:  March 15, 2013

6    Invoice No. 3024

7    TO:

8    Campbell, Campbell, Edwards & Conroy, P.C.
     JAMES M. CAMPBELL, DAVID M. ROGERS, ESQ.
9    and MICHELLE M. BYERS, ATTORNEY
     One Constitution Center
10   Boston, Massachusetts  02129

11   CHRISTINE ZEOLLA, Individually and as Administratrix of
     the Estate of Mario Zeolla,
12   vs.
     FORD MOTOR COMPANY,
13   No. 09-40106-FDS

14   Opening Statements - March 5, 2013 - 74 pages
     Day 3 - excerpt    - March 6, 2013 - 63 pages
15

16   137 pages @ $2.87:                 $393.19

17

     THANK YOU.
18

19

20

21

22

23

24

25

```
1                      Valerie A. O'Hara
                     Official Court Reporter
2      John Joseph Moakley United States Courthouse
                   One Courthouse Way, Room 3204
3                      Boston, MA 02210
                   e-mail: vaohara@gmail.com
4

5      DATE:  March 23, 2013

6      Invoice No. 3037

7      TO:

8      Campbell, Campbell, Edwards & Conroy, P.C.
       JAMES M. CAMPBELL, DAVID M. ROGERS, ESQ.
9      and MICHELLE M. BYERS, ATTORNEY
       One Constitution Center
10     Boston, Massachusetts  02129

11     CHRISTINE ZEOLLA, Individually and as Administratrix of
       the Estate of Mario Zeolla,
12     vs.
       FORD MOTOR COMPANY,
13     No. 09-40106-FDS

14     Jury Trial Day 9 – Mar. 18, 2013 – rough trans. 149 pgs

15     149 pages @ $2.10:                 $ 312.90

16
       THANK YOU.
17

18

19

20

21

22

23

24

25
```

# <u>Fees for Exemplification and Costs of Making Copies of Any Materials Necessarily Obtained for Use in Case</u>

Page 1 of 1



# INVOICE

| | |
|---|---|
| Invoice # | BOS13030182 |
| Invoice Date: | 03/15/2013 |
| Due Date: | 04/14/2013 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-CAMP |
| Natl ID: | 58514 |

Ricoh USA, Inc. - Boston, MA
Phone:  (617) 371-1300        Fax:  (617) 371-1310
Federal ID:  230334400

**BILL TO:**
**CAMPBELL CAMPBELL EDWARDS & CONROY**
1 CONSTITUTION PLACE
3RD FLOOR
BOSTON, MA 02129

**SHIP TO:**
**CAMPBELL CAMPBELL EDWARDS & CONROY**
1 CONSTITUTION PLACE
3RD FLOOR
BOSTON, MA 02129
Attn: Dan Ward

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| ZEOLLA v. FORD/888-793 | | | Geoffrey Regan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1303-0269 | 03/15/2013 | Dan Ward - CAMPBELL CAMPBELL EDWARDS & CONROY | | | | |
| 1960 | | Color Oversize (sq ft) | 9.00 | 6.0000 | | 54.00 |
| 1931 | | Finishing: Foamcore - 3/16" (sq ft) | 9.00 | 3.0000 | | 27.00 |

S3460

MAR 1 8 2013

888-793

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due.  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely.  Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 81.00 |
| | Sales Tax: | 5.06 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **86.06** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by:{Print}  Dan Ward    {Signature}    Date:

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
**CAMPBELL CAMPBELL EDWARDS & CO**
1 CONSTITUTION PLACE
3RD FLOOR
BOSTON, MA 02129

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS13030182
Invoice Date: 03/15/2013
Due Date: 04/14/2013
Customer Code: BOS-CAMP
natl id: 58514

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT $  86.06**

Page 1 of 1

# RICOH

## INVOICE

| | |
|---|---|
| Invoice # | BOS13030226 |
| Invoice Date: | 03/19/2013 |
| Due Date: | 04/18/2013 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-CAMP |
| Natl ID: | 58514 |

Ricoh USA, Inc. - Boston, MA
Phone: (617) 371-1300      Fax: (617) 371-1310
Federal ID: 230334400

**BILL TO:**
**CAMPBELL CAMPBELL EDWARDS & CONROY**
1 CONSTITUTION PLACE
3RD FLOOR
BOSTON, MA 02129

**SHIP TO:**
**CAMPBELL CAMPBELL EDWARDS & CONROY**
1 CONSTITUTION PLACE
3RD FLOOR
BOSTON, MA 02129
Attn: Dan Ward

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 888-793 | | | Geoffrey Regan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1303-0328 | 03/19/2013 | Dan Ward - CAMPBELL CAMPBELL EDWARDS & CONROY | | | | |
| 1931 | | Finishing: Foamcore - 3/16" (sq ft) | 17.00 | 3.0000 | | 51.00 |
| 1960 | | Color Oversize (sq ft) | 17.00 | 6.0000 | | 102.00 |

*S3460*

*888-793*

MAR 21 2013

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 153.00 |
| | Sales Tax: | 9.56 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **162.56** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: {Print}_____   {Signature}_____   Date:_____

**Please pay from this copy. The party named on this bill is held responsible for payment.**

**Payment From:**
**CAMPBELL CAMPBELL EDWARDS & CO**
1 CONSTITUTION PLACE
3RD FLOOR
BOSTON, MA 02129

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS13030226
Invoice Date: 03/19/2013
Due Date: 04/18/2013
Customer Code: **BOS-CAMP**
natl id: 58514

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT $  162.56**

# **<u>Other Costs</u>**



# Invoice

*116 W Summersweet Lane*
*Santa Rosa Beach, FL 32459*

*(617) 293-6175*

| DATE | INVOICE NO. |
|------|-------------|
| 4/1/2013 | 653 |

| BILL TO |
|---------|
| OGC Bill Payment<br>World Headquarters |

| ATTORNEY | REP | CASE NO. | CLIENT MATTER |
|----------|-----|----------|---------------|
| JMC | RAC | | Zeolla v FMC |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| 2/22-3/1/13 Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom.Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom.Assist trial team through out trial with trial technology. Organize exhibits for use during trial. Organize all trial exhibits . Assist trial team  through out trial with trial technology Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom. organize exhibits for use during trial.   Any and all warroom support including:Printing Copying scanning, graphic work. Database and exhibit management.Breakdown A/V equipment. Pre-trial assistance | 10 | 125.00 | 1,250.00 |

|  | **Total** |
|--|-----------|

Federal ID. 04-2803624



**INCOURT**
T E C H N O L O G I E S

*116 W Summersweet Lane*
*Santa Rosa Beach, FL 32459*

*(617) 293-6175*

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/1/2013 | 653 |

| BILL TO |
|---------|
| OGC Bill Payment<br>World Headquarters |

| ATTORNEY | REP | CASE NO. | CLIENT MATTER |
|----------|-----|----------|---------------|
| JMC | RAC | | Zeolla v FMC |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| 3/4-3/9/13 Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom.Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom.Assist trial team through out trial with trial technology. Organize exhibits for use during trial. Organize all trial exhibits . Assist trial team  through out trial with trial technology Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom. organize exhibits for use during trial.   Any and all warroom support including:Printing Copying scanning, graphic work. Database and exhibit management.Breakdown A/V equipment. Week 1 | 68 | 125.00 | 8,500.00 |
| | | **Total** | |

Federal ID. 04-2803624


InCourt
TECHNOLOGIES

# Invoice

*116 W Summersweet Lane*
*Santa Rosa Beach, FL 32459*

*(617) 293-6175*

| DATE | INVOICE NO. |
|------|-------------|
| 4/1/2013 | 653 |

| BILL TO |
|---------|
| OGC Bill Payment<br>World Headquarters |

| ATTORNEY | REP | CASE NO. | CLIENT MATTER |
|----------|-----|----------|---------------|
| JMC | RAC | | Zeolla v FMC |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| 3/10-3/16 Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom.Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom.Assist trial team through out trial with trial technology. Organize exhibits for use during trial. Organize all trial exhibits . Assist trial team  through out trial with trial technology Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom. organize exhibits for use during trial.   Any and all warroom support including:Printing Copying scanning, graphic work. Database and exhibit management.Breakdown A/V equipment. Week 2 | 68 | 125.00 | 8,500.00 |

| | Total |
|--|-------|

Federal ID. 04-2803624



**INCOURT**
TECHNOLOGIES

# Invoice

*116 W Summersweet Lane*
*Santa Rosa Beach, FL 32459*

*(617) 293-6175*

| DATE | INVOICE NO. |
|------|-------------|
| 4/1/2013 | 653 |

| BILL TO |
|---------|
| OGC Bill Payment<br>World Headquarters |

| ATTORNEY | REP | CASE NO. | CLIENT MATTER |
|----------|-----|----------|---------------|
| JMC | RAC | | Zeolla v FMC |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| 3/17-3/22 Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom.Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom.Assist trial team through out trial with trial technology. Organize exhibits for use during trial. Organize all trial exhibits . Assist trial team  through out trial with trial technology Input documents, photographs, videos in conjunction with Trial Director for use in the courtroom. organize exhibits for use during trial.   Any and all warroom support including:Printing Copying scanning, graphic work. Database and exhibit management.Breakdown A/V equipment. Week 3 | 60 | 125.00 | 7,500.00 |
| Parking expense | 1 | 199.00 | 199.00 |
| Sales Tax | | 5.00% | 0.00 |

| | **Total** | $25,949.00 |
|--|-----------|------------|

Federal ID. 04-2803624

**PLACE FACE UP ON DASH**
PLACE FACE UP ON DASH
Laz Parking in not
responsible for loss or
damage due to fire/theft
Expiration Date/Time

**EXP 11:59PM
MAR 20, 2013**

Purchase Date/Time: 08:01am Mar 20, 2013
Total Due: $20.00                   Rate: 20$ Daily
Total Paid: $20.00           Payment Type: Card
XXXX 8460, Visa
Ticket #: 00056326             Auth #: 01732C
CN #: 10007362003

Setting: 66 Sleeper St
Mach Name: Machine 1
Thank you for parking
with Laz Parking
Please do not leave
Valuables in car

- - - - - - - - - - - - - - - -

**RECEIPT**
PLACE FACE UP ON DASH
Laz Parking in not
Expiration Date/Time: 11:59pm Mar 20, 2013
Purchase Date/Time: 08:01am Mar 20, 2013

Total Due: $20.00                   Rate: 20$ Daily
Total Paid: $20.00           Payment Type: Card
Visa
Ticket #: 00056326             Auth #: 01732C
Setting: 66 Sleeper St
Mach Name: Machine 1

PARKING RECEIPT | PARKING RECEIPT | PARKING RECEIPT | PARKING R



Date: 03/12/13

Amount: $17.00

Location: 815 Northern Ave

Signature:

*Thank you for your patronage!*

INSERT
THIS END UP
TRANSPARK
RECEIPT          A4
ENTRY TIME:
03/21/13        08:0
EXIT TIME:
03/21/13        17:0
PARK-DUR.: HRS:MI
0:09:0

AMOUNT:
$ 17.0
KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXXX3008
XXXXX 110
AUTH. CODE 588921

## Receipt

008203030813362013
0
Fan Pier
Pilgrim Parking
Fan Pier Lots

FeeComputer Number: : 3
Entry Time: 3/8/2013 1:36 PM
Exit Time: 3/8/2013 1:36 PM
Duration: 0d 0h 0m
Op: genet
Non-resetable tr #: 240708

Tran:    82
Ticket Number:  0

TD Issue                    $  16.00
------------------------------------
Total:                      $  16.00
American Express            $  16.00
Last 4 Digits              3008

Thank you
For parking with us

**Fan Pier Parking Facility**
28-52 Northern Avenue
(617) 723-1488

Insert This Side Up

624—961

SOUTHLAND PRINTING – SHREVEPORT, LA.   838365

**RECEIPT**
Massport Parking Lot
Fish Pier
Boston, MA 02210
(617) 663-2235
*Thank you*

---

**Fan Pier Parking Facility**
28-52 Northern Avenue
(617) 723-1488

Insert This Side Up

624—924

SOUTHLAND PRINTING – SHREVEPORT, LA.   838365

020160 07:53 016.00 03/05 13:23 00

INSERT THIS END UP
TRANSPARK
RECEIPT        A4
ENTRY TIME:        08:5
03/13/13        13:0
EXIT TIME:
03/13/13    HRS:MI
PARK-DUR.:  0:04:0

AMOUNT:     $ 17.0

KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXX3008
XXXXX 110

---

**Fan Pier Parking Facility**
28-52 Northern Avenue
(617) 723-1488

Insert This Side Up

624—996

SOUTHLAND PRINTING – SHREVEPORT, LA.   838365

INSERT THIS END UP
TRANSPARK
RECEIPT        A4
ENTRY TIME:        08:2
03/11/13        15:4
EXIT TIME:
03/11/13    HRS:MI
PARK-DUR.:  0:07:2

AMOUNT:     $ 17.0

KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXX3008
XXXXX 110
AUTH. CODE 580231

---

**Fan Pier Parking Facility**
28-52 Northern Avenue
(617) 723-1488

Insert This Side Up

655—465

SOUTHLAND PRINTING – SHREVEPORT, LA.   838365

INSERT THIS END UP
TRANSPARK
RECEIPT        A4
ENTRY TIME:        07:3
03/04/13        12:1
EXIT TIME:
03/04/13    HRS:MI
PARK-DUR.:  0:04:3

AMOUNT:     $ 17.0

KIND OF PAYMENT:
AMERICA EXPRESS
XXXXXXXXX3008
XXXXX 110